IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**BRIAN J. BOQUIST**,

    Plaintiff,

v.

**OREGON STATE SENATE PRESIDENT PETER COURTNEY**, in his official capacity, **SENATOR FLOYD PROZANSKI**, in his official capacity as Chairman of the Senate Special Committee on Conduct, **SENATOR JAMES MANNING**, in his official capacity as member of the Special Senate Conduct Committee, **DEXTER JOHNSON**, in his official capacity as Legislative Counsel, **DARON HILL**, in his official capacity as Legislative Administration Director, **JESSICA KNIELING**, in her official capacity as interim Human Resources Director, **BRENDA BAUMGART & MELISSA HEALY**, in their official capacity as contract investigators to the Oregon State Senate, and all in their official capacities in the Legislative Branch of the State of Oregon,

    Defendants.

Civ. No. 6:19-cv-001163-MC

JUDGMENT

**MCSHANE, Judge**:

    Based on the record, this action is dismissed with prejudice.

IT IS SO ORDERED.

1 – JUDGMENT

DATED this 7th day of January, 2020.

    /s/ Michael J. McShane
Michael McShane
United States District Judge

2 – JUDGMENT