ELLEN F. ROSENBLUM
Attorney General
MARC ABRAMS  #890149
Assistant Attorney-in-Charge
TRACY ICKES WHITE #904127
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  marc.abrams@doj.state.or.us
            Tracy.I.White@doj.state.or.us

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| BRIAN J. BOQUIST,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>OREGON STATE SENATE PRESIDENT PETER COURTNEY, in his official capacity, SENATOR FLOYD PROZANSKI, in his official capacity as Chairman of the Senate Special Committee on Conduct, SENATOR JAMES MANNING, in his official capacity as member of the Special Senate Conduct Committee, DEXTER JOHNSON, in his official capacity as Legislative Counsel, DARON HILL, in his official Legislative Administration capacity, JESSICA KNIELING, in her official capacity as interim Human Resources Director, and BRENDA BAUMGART & MELISSA HEALY, in their official capacity as contract investigators to the Oregon State Senate, and all in their official capacities in the Legislative Branch of the State of Oregon,<br><br>　　　　　Defendants. | Case No.  6:19-cv-01163-MC<br><br>**DEFENDANTS' BILL OF COSTS AND DISBURSEMENTS** |

Page 1 -   **DEFENDANTS' BILL OF COSTS AND DISBURSEMENTS**
　　　MA/jh2/10039867-v1

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

Plaintiff, pursuant to LR 54-1, submits this Bill of Costs.

Docket Fees (28 U.S.C. § 1923) ......................................................... $5.00

U.S.D.C. Filing Fee……………………………………………….... $400.00
   (28 U.S.C. § 1919 and 28 U.S.C. § 1921)

**TOTAL**............................................................................................... **$405.00**

DATED January  8 , 2020.

                                    Respectfully submitted,

                                    ELLEN F. ROSENBLUM
                                    Attorney General

                                    *s/Marc Abrams*
                                  MARC ABRAMS #890149
                                  Assistant Attorney-in-Charge
                                  TRACY ICKES WHITE #904127
                                  Senior Assistant Attorney General
                                  Trial Attorneys
                                  Tel (971) 673-1880/Fax (971) 673-5000
                                  Marc.Abrams@doj.state.or.us
                                  Tracy.I.White@doj.state.or.us
                                  Of Attorneys for Defendants

Page 2 -   **DEFENDANTS' BILL OF COSTS AND DISBURSEMENTS**
        MA/jh2/10039867-v1

                            Department of Justice
                            100 SW Market Street
                            Portland, OR 97201
                      (971) 673-1880 / Fax: (971) 673-5000

## CERTIFICATE OF SERVICE

I certify that on January  8 , 2020, I served the foregoing DEFENDANTS' BILL OF COSTS AND DISBURSEMENTS upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Sen. Brian J. Boquist<br>17080 Butler Hill Road<br>Dallas, OR 97338<br>    *Pro Se Plaintiff* | ___ HAND DELIVERY<br> X  MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>___ E-SERVE |

    *s/ Marc Abrams*
MARC ABRAMS #890149
Assistant Attorney-in-Charge
TRACY ICKES WHITE #904127
Senior Assistant Attorney General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
marc.abrams@doj.state.or.us
Tracy.I.White@doj.state.or.us
Of Attorneys for Defendants

Page 1 -   CERTIFICATE OF SERVICE
    MA/sm5/9763232-v1

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000