IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BRIAN J. BOQUIST,

    Plaintiff,

v.

PETER COURTNEY, *Oregon State Senate President, in his individual and official capacities*, FLOYD PROZANSKI, *Senator, in his individual and official capacities as Chairman of the Senate Special Committee on Conduct*, JAMES MANNING, *Senator, in his individual and official capacities as member of the Senate Special Committee on Conduct,*

    Defendants.

_____

Civ. No. 6:19-cv-01163-MC

JUDGMENT

MCSHANE, Judge:

    The Court finds that Defendants' implementation of the 12-hour rule was a retaliatory act against Plaintiff, in violation of his First Amendment rights to free speech and association. Plaintiff is awarded judgment for nominal damages in the amount of $1.00, declaratory relief, and reasonable attorney fees.

    IT IS SO ORDERED.

    DATED this 17th day of July, 2023.

1 – JUDGMENT

      /s/ Michael J. McShane
Michael McShane
United States District Judge