Vance D. Day, OSB #912487
*Vance.day@teamvanceday.org*
Law Offices of Vance D. Day
PO Box 220
Powell Butte, OR 97753
   Telephone: (503) 409-5562

Elizabeth A. Jones, OSB #201184
*beth@capitol.legal*
Capitol Legal Services
901 Capitol St. NE
Salem, OR 97301
   Telephone: (503) 480-7250
   Fax: (503) 779-2716
      Attorneys for Plaintiff Brian J. Boquist

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| BRIAN J. BOQUIST,<br><br>          Plaintiff,<br><br>v.<br><br>OREGON STATE SENATE PRESIDENT PETER COURTNEY, in his individual and official capacity; SENATOR FLOYD PROZANSKI, in his individual and official capacity as Chairman of the Senate Special Committee on Conduct, SENATOR JAMES MANNING, in his individual and official capacity as member of the Special Senate Conduct Committee,<br><br>          Defendants. | Case No. 6:19-cv-01163-MC<br><br>**PLAINTIFF'S MOTION FOR AWARD OF ATTORNEY'S FEES**<br><br>**FRCP 54(d)(2)** |

Plaintiff respectfully moves for an order awarding him $419,154.80 in reasonable attorney

fees, as the prevailing party within the meaning of 42 U.S.C. §1988, and pursuant to the Judgment

Page 1 –   **PLAINTIFF'S MOTION FOR AWARD OF ATTORNEY'S FEES**

entered on July 17, 2023 (ECF No. 81). Plaintiff will submit a revised request for additional time and any costs incurred after the filing of this motion, including for preparation of the Reply.

Plaintiff made a good faith effort to resolve this dispute regarding the amount to be paid by Defendants to Plaintiff for fees and costs before filing this motion. The parties were unable to resolve this dispute. Local Rule 7.1(a); (Day Decl. ¶ 46).

This motion is supported by the following pleadings and declarations filed herewith: Plaintiff's Memorandum in Support of Motion for Award of Fees and Costs; the declarations of plaintiff's counsel, Vance D. Day and Elizabeth A. Jones, The OSB 2022 Economic Survey, and the declaration of attorney Michael McLane.

WHEREFORE, Plaintiff asks that the Court grant this motion and order Defendants to pay Plaintiff's reasonable attorney fees in the amounts stated above.

Dated this 31st day of July, 2023.

                                                                  s/ Vance D. Day
                                                                  Vance D. Day, OSB #912487
                                                                  Elizabeth A. Jones, OSB #201184
                                                                  Of Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing PLAINTIFF'S MOTION FOR AWARD OF ATTORNEY'S FEES on:

>Tracy Ickes White
>Marc Abrams
>Oregon Department of Justice
>100 SW Market Street
>Portland, OR 97201
>    Attorneys for Defendants

by the following indicated method or methods:

☒  by **electronic means through the Court's Case Management/Electronic Case File system** on the date set forth below;

 by **emailing** a copy thereof to each attorney at each attorney's last-known email address on the date set forth below;

 by **mailing** a full, true, and correct copy thereof in a sealed, first-class postage-prepaid envelope, addressed to plaintiff's last-known address listed above and depositing it in the U.S. mail at Salem, Oregon on the date set forth below.

DATED this 31st day of July, 2023.

>     s/ Vance D. Day
>Vance D. Day, OSB #912487
>Elizabeth A. Jones, OSB #201184
>Of Attorneys for Plaintiff