Jones Timesheet (Boquist)

| Date | Hours | Lit | Act | Line Detail |
|---|---|---|---|---|
| 11-May | 0.2 | 520 | 105 | send Day email summary of 9th Cir opinion |
| 18-May | 2 | 520 | 104 | review/analyze 9th Cir Order |
| 19-May | 2 | 120 | 102 | research 1st A retaliation law |
| 20-May | 1 | 120 | 106 | client interview |
| 23-May | 0.3 | 120 | 105 | Vance Day conferral on issues of the case |
| 24-May | 2 | 110 | 103 | draft case analysis memo |
| 24-May | 2 | 110 | 102 | research for case analysis memo |
| 24-May | 3 | 110 | 104 | review special committee hearing |
| 25-May | 1 | 110 | 104 | review committee hearing testmony |
| 25-May | 0.2 | 120 | 106 | email Boquist/Day Re: case assessment |
| 25-May | 0.6 | 110 | 103 | draft case analysis memo |
| 26-May | 0.3 | 110 | 105 | Day call Re: case assessment |
| 26-May | 0.4 | 110 | 106 | email Boquist/Day Re: case assessment |
| 27-May | 4 | 110 | 103 | draft memo Re: retaliation claim |
| 31-May | 1.5 | 110 | 106 | meeting w/ Boquist/Day Re: case assessment |
| 31-May | 1 | 110 | 101 | prepare for meeting to review liklihood of success |
| 1-Jun | 0.2 | 210 | 105 | email Day re: amend complaint |
| 1-Jun | 0.5 | 190 | 104 | analyze settlement options |
| 3-Jun | 0.2 | 120 | 106 | email Boquist/Day Re: case assessment |
| 3-Jun | 0.5 | 190 | 105 | Vance Day conferral on issues of the case |
| 6-Jun | 0.3 | 190 | 105 | Vance Day conferral on issues of the case |
| 6-Jun | 0.3 | 190 | 106 | review Boquist emails with case facts |
| 7-Jun | 1 | 120 | 102 | research 1st A retaliation law |
| 7-Jun | 1.5 | 190 | 101 | prepare for rule 26 conference |
| 7-Jun | 0.4 | 230 | 109 | attend rule 26 conf |
| 7-Jun | 0.2 | 230 | 105 | debrief rule 26 conf w/ Day |
| 7-Jun | 0.3 | 230 | 106 | brief Boquist on rule 26 conf |
| 8-Jun | 1.6 | 110 | 104 | review underlying case briefs |
| 8-Jun | 0.3 | 230 | 109 | attend rule 16 conference |
| 8-Jun | 1 | 120 | 102 | research 1st A retaliation law |
| 8-Jun | 0.4 | 320 | 104 | review docs for initial discovery |
| 8-Jun | 0.2 | 230 | 106 | email client update |
| 10-Jun | 0.5 | 210 | 102 | research for SAC |
| 10-Jun | 0.2 | 210 | 107 | Abrams email re: status of assembly claim |
| 10-Jun | 0.2 | 210 | 105 | Day email re: status of assembly claim |
| 11-Jun | 0.2 | 310 | 106 | Boquist emails Re: relevant records on remand |
| 11-Jun | 0.2 | 310 | 105 | Day email re: records |
| 13-Jun | 0.2 | 310 | 106 | Boquist emails RE: relevant evidence and assembly claim |
| 13-Jun | 0.4 | 310 | 104 | review records to produce |
| 13-Jun | 0.2 | 310 | 110 | manage documents for production |
| 13-Jun | 0.2 | 210 | 107 | email DOJ Re: adverse action determined by 9th |
| 13-Jun | 0.6 | 310 | 106 | Boquist meeting Re: discovery |
| 13-Jun | 0.4 | 120 | 103 | draft analysis re: assembly claim survived? |
| 15-Jun | 1.8 | 310 | 104 | review records to produce |
| 18-Jun | 2 | 310 | 104 | review records to produce |
| 21-Jun | 0.7 | 190 | 102 | research legal issues for SJ |
| 21-Jun | 0.9 | 110 | 104 | review MTD exhibits |
| 22-Jun | 2 | 210 | 101 | strategies for SAC |
| 23-Jun | 1.9 | 320 | 104 | review docs for initial discovery |
| 24-Jun | 0.3 | 310 | 105 | discuss initial discovery production |
| 27-Jun | 2 | 310 | 104 | review docs for initial disclosures |
| 27-Jun | 1.5 | 190 | 105 | strategize w/ Day Re: SAC |

| Date | Hours | Code1 | Code2 | Description |
|---|---|---|---|---|
| 28-Jun | 0.2 | 320 | 107 | email Initial disclosures - due today |
| 28-Jun | 0.3 | 320 | 110 | finalize initial disclosures |
| 28-Jun | 2 | 210 | 103 | draft SAC |
| 28-Jun | 0.4 | 110 | 106 | emails w/ Boquist Re: case development |
| 29-Jun | 0.3 | 250 | 103 | draft Mot for leave to amend |
| 30-Jun | 0.2 | 310 | 104 | review pltf's initial disclosures |
| 30-Jun | 0.2 | 110 | 106 | email Boquist Re: case development |
| 5-Jul | 2 | 210 | 103 | revise SAC |
| 5-Jul | 1.6 | 190 | 106 | phone conference w/ Day and Boquist Re: SAC |
| 6-Jul | 1.5 | 240 | 102 | research true threat cases |
| 6-Jul | 1.8 | 110 | 104 | review docs from Boquist |
| 7-Jul | 1.5 | 210 | 103 | revise SAC |
| 7-Jul | 0.2 | 210 | 107 | email Abrams RE: SAC draft |
| 7-Jul | 0.3 | 210 | 102 | research assembly/association in ECF 25 |
| 8-Jul | 0.2 | 210 | 107 | confer w/ Defs' attny on SAC |
| 8-Jul | 0.4 | 190 | 106 | Boquist meeting Re: more docs to review |
| 8-Jul | 0.5 | 210 | 105 | call Day Re: Defs objections to amending complaint |
| 13-Jul | 1 | 210 | 104 | review Mot to Strike, SAC, 9th Order |
| 18-Jul | 0.5 | 190 | 107 | review emails from Defs' counsel |
| 18-Jul | 1.3 | 250 | 105 | prepare for conferral on motions |
| 19-Jul | 0.7 | 320 | 104 | review SPO |
| 19-Jul | 0.2 | 320 | 106 | email Boquist Re: SPO |
| 19-Jul | 0.7 | 190 | 106 | meeting w/ Boquist Re: case development |
| 20-Jul | 0.4 | 330 | 110 | gather docs for depo |
| 20-Jul | 0.5 | 320 | 101 | prep for meeting w/ Abrams, Re: pending MTS, discovery |
| 20-Jul | 0.5 | 320 | 109 | attend meeting w/ Abrams, Re: pending MTS, discovery |
| 20-Jul | 0.4 | 250 | 103 | Draft additional Courtney and Manning lang. for TAC - email to VDD |
| 21-Jul | 0.3 | 330 | 105 | review and reply to multiple emails w/ Day Re: court reporters/videographers |
| 23-Jul | 2.5 | 250 | 103 | draft Resp to MTS |
| 25-Jul | 1.5 | 250 | 103 | revise Resp to MTS |
| 26-Jul | 0.5 | 250 | 103 | revise Resp to MTS |
| 26-Jul | 0.2 | 250 | 106 | client update on ECF 34 filing |
| 26-Jul | 1.3 | 320 | 103 | draft first RFP |
| 27-Jul | 0.4 | 330 | 101 | depo prep - Courtney |
| 1-Aug | 0.8 | 320 | 101 | prep for meeting w/ Boquist Re discovery |
| 1-Aug | 1 | 320 | 106 | meet w/ Boquist re: discovery |
| 3-Aug | 0.4 | 320 | 106 | review and respond to Boquist emails re: discovery |
| 4-Aug | 0.5 | 320 | 106 | meet w/ Boquist/Day Re: discovery plan, getting more from DOJ |
| 7-Aug | 1.5 | 320 | 110 | review requests to narrow search terms |
| 7-Aug | 0.5 | 320 | 105 | discuss search terms with Vance |
| 8-Aug | 0.5 | 320 | 110 | edit IT search terms |
| 8-Aug | 0.6 | 330 | 106 | discuss disc responses with Boquist |
| 8-Aug | 1 | 320 | 105 | meet w/ Vance Re: discovery |
| 8-Aug | 1 | 330 | 102 | Research law for depositions |
| 9-Aug | 0.2 | 330 | 108 | email court reporter |
| 9-Aug | 0.2 | 330 | 106 | email Boquist re document production |
| 9-Aug | 0.2 | 330 | 103 | draft notice of Courtney depo |
| 9-Aug | 0.5 | 120 | 105 | Mtg with V. Day on Memo: True Threats/fighting words |
| 9-Aug | 0.5 | 330 | 101 | depo prep - Courtney |
| 10-Aug | 2 | 320 | 110 | organize and manage discovery docs |
| 10-Aug | 0.5 | 330 | 105 | Meet with V. Day re: Courtney depo resched & depos. List/docs |
| 10-Aug | 0.3 | 310 | 105 | Emails to V. Day re: FRCP 26 and scope of documents |
| 10-Aug | 0.3 | 310 | 105 | Review V. Day Draft response to M. Abrams re: Pl #7 & #8 - edit and respond |
| 11-Aug | 0.7 | 320 | 102 | research Case No 19cv29374 PRR arguments |
| 11-Aug | 0.2 | 320 | 107 | email our signed SPO to AG |

| Date | Hours | Code1 | Code2 | Description |
|---|---|---|---|---|
| 11-Aug | 1 | 320 | 105 | phone meeting w/ Day re document production |
| 11-Aug | 0.2 | 320 | 108 | call McShane's clerk Re: disc dispute |
| 11-Aug | 0.7 | 190 | 102 | research workplace harassment vs 1st A law |
| 11-Aug | 0.2 | 320 | 108 | call McShane's clerk Re: disc dispute |
| 15-Aug | 0.3 | 330 | 106 | review Boquist emails for discovery |
| 17-Aug | 1.3 | 120 | 106 | phone meeting w/ Boquist re strategy |
| 17-Aug | 0.2 | 190 | 107 | draft email to Abrams |
| 23-Aug | 0.5 | 330 | 110 | manage documents to produce |
| 24-Aug | 2 | 330 | 110 | manage documents to produce |
| 24-Aug | 0.5 | 330 | 107 | emails to/from Abrams Re: discovery issues |
| 24-Aug | 0.5 | 330 | 105 | discuss discovery issues w/ Day |
| 26-Aug | 0.2 | 330 | 108 | schedule court reporter for depos |
| 26-Aug | 1.5 | 320 | 104 | review production from defs |
| 29-Aug | 0.2 | 330 | 108 | schedule court reporter for depos |
| 30-Aug | 0.3 | 330 | 105 | confer w/ Day on depos |
| 31-Aug | 5.5 | 330 | 101 | Manning/Hampton depo prep |
| 1-Sep | 1 | 330 | 105 | review Manning deposition |
| 1-Sep | 3 | 330 | 101 | Hampton depo prep |
| 2-Sep | 5.5 | 330 | 111 | travel time to/from Hampton depo in Bend |
| 2-Sep | 4 | 330 | 109 | attend Hampton depo |
| 2-Sep | 2 | 330 | 105 | review Hampton depo notes and strategies w/ Day |
| 7-Sep | 1 | 310 | 103 | draft RFA |
| 8-Sep | 2.5 | 310 | 103 | draft RFA |
| 8-Sep | 0.2 | 330 | 108 | court reporter billing discussions |
| 8-Sep | 0.2 | 330 | 103 | draft depo notices Beyers, Prozanski |
| 8-Sep | 1 | 120 | 104 | review 9th Cir Order |
| 13-Sep | 5 | 320 | 104 | review documents produced by Manning |
| 14-Sep | 2 | 330 | 101 | deposition prep Beyer/Prozanski |
| 16-Sep | 2 | 330 | 111 | travel to/from Prozanski depo |
| 16-Sep | 5 | 330 | 109 | attend Prozanski depo |
| 16-Sep | 3 | 330 | 104 | review depo and future needs from Prozanski |
| 16-Sep | 2.3 | 320 | 104 | review discovery docs |
| 19-Sep | N/C | 330 | 106 | review 11 emails from Boquist |
| 19-Sep | 1 | 240 | 103 | start drafting MSJ |
| 19-Sep | 2 | 240 | 103 | draft MSJ |
| 21-Sep | N/C | 120 | 104 | review 5 emails from Boquist |
| 22-Sep | 0.7 | 120 | 104 | review and reply to 2 Boquist emails re: public records |
| 22-Sep | 2.5 | 240 | 104 | review video evidence/public hearings for SJ |
| 26-Sep | N/C | 120 | 104 | review 12 emails from Boquist re: concerns and public records |
| 26-Sep | N/C | 330 | 110 | manage docs from Boquist to produce |
| 29-Sep | N/C | 120 | 104 | review 10 emails from Boquist |
| 29-Sep | 0.2 | 330 | 110 | manage docs from Boquist |
| 29-Sep | 0.3 | 120 | 104 | review and responsd to 2 emails from Boquist |
| 30-Sep | 0.2 | 120 | 104 | review and responsd to email from Boquist |
| 30-Sep | 2 | 240 | 104 | review discovery for SJ |
| 30-Sep | N/C | 120 | 104 | review and responsd to email from Boquist |
| 30-Sep | 0.2 | 103 | 320 | draft subpoena KGW |
| 1-Oct | 3 | 240 | 102 | research facts for SJ |
| 1-Oct | 0.7 | 240 | 103 | draft facts for SJ |
| 2-Oct | 1.3 | 240 | 102 | research amendments to Rule 27 |
| 6-Oct | 1 | 320 | 103 | draft RFA/Rogs |
| 6-Oct | 0.2 | 320 | 110 | download Pltfs Resposive docs |
| 8-Oct | 1.4 | 240 | 102 | research laws/immunities for MSJ |
| 8-Oct | 3 | 240 | 103 | draft MSJ |
| 8-Oct | 1 | 240 | 110 | manage docs for Jones Decl |

| Date | Hours | Code1 | Code2 | Description |
|---|---|---|---|---|
| 11-Oct | 3.5 | 240 | 103 | pull quotes from July 8 public testimony for SJ |
| 11-Oct | 0.5 | 120 | 101 | Phone conf. with V. Day @ Litigation plan and objectives |
| 12-Oct | 0.4 | 330 | 108 | send out depo notices and subpoena to KGW |
| 12-Oct | 0.2 | 330 | 110 | download Pltfs Resposive docs |
| 12-Oct | 0.8 | 240 | 102 | research law/immunities for SJ |
| 18-Oct | 0.5 | 210 | 104 | review Order on MTS |
| 18-Oct | 0.2 | 240 | 106 | email Boquist RE: MTS |
| 18-Oct | 0.4 | 240 | 102 | research Bostic v Clayton Cnty |
| 19-Oct | 1 | 120 | 101 | case strategy - SJ arguments |
| 19-Oct | N/C | 120 | 104 | review and responsd to email from Boquist |
| 22-Oct | 4.8 | 240 | 104 | review Hampton and Manning depo transcripts for SJ |
| 24-Oct | 1.5 | 190 | 106 | client meeting Re: SJ strategy |
| 24-Oct | 0.6 | 110 | 105 | email exchanges w/ Day/Boquist Re: Rule 27 complaints |
| 25-Oct | N/C | 330 | 108 | manage court reporters/videographer calendar |
| 25-Oct | 0.3 | 320 | 104 | review videos from KGW |
| 25-Oct | 1 | 140 | 105 | Call with v. Day re: Baumgart docs/depo/MSJ plan |
| 26-Oct | 1 | 330 | 105 | review 10/26 depos |
| 27-Oct | 1.3 | 120 | 105 | meet w/ Day Re: case strategy - SJ |
| 28-Oct | 1 | 330 | 101 | depo prep - Fagan |
| 28-Oct | 1 | 330 | 101 | depo prep - Kneiling |
| 28-Oct | 0.8 | 240 | 102 | research Monson case - Rule 27 complaint |
| 28-Oct | N/C | 120 | 104 | review/respond 8 emails from Boquist |
| 28-Oct | 0.5 | 190 | 105 | Post Depo meeting with V. Day |
| 29-Oct | 0.8 | 210 | 103 | revise TAC |
| 31-Oct | 1 | 330 | 101 | depo prep - Gelser |
| 31-Oct | N/C | 120 | 104 | review 16 emails from Boquist |
| 31-Oct | 1 | 330 | 104 | review Gelser depo |
| 1-Nov | 0.8 | 210 | 104 | analyze Answer to TAC |
| 1-Nov | N/C | 120 | 106 | review 11 emails from Boquist |
| 1-Nov | 0.3 | 330 | 101 | manage depo notices |
| 2-Nov | 1.6 | 240 | 102 | research individual vs official capacity immunities |
| 2-Nov | 0.5 | 210 | 105 | Discuss with V. Day on ind vs official capacity. Plan and disc with Abrams |
| 2-Nov | 0.3 | 210 | 107 | Email Abrams and discuss adding ind to match Def. affirm def. |
| 2-Nov | 0.2 | 250 | 103 | Draft Fourth Amend complaint and prep for filing |
| 4-Nov | 1.5 | 330 | 101 | prep Boquist for depo |
| 4-Nov | 1.5 | 330 | 101 | prepare for Coutney depo |
| 4-Nov | 7 | 330 | 109 | attend Courtney depo |
| 7-Nov | 0.8 | 240 | 110 | organize docs for SJ exhibits |
| 7-Nov | N/C | 190 | 106 | review emails from Boquist |
| 9-Nov | 1 | 330 | 106 | prepare Boquist for deposition |
| 9-Nov | 7 | 330 | 109 | attend Boquist depo |
| 10-Nov | N/C | 190 | 106 | review emails from Boquist |
| 15-Nov | 1.8 | 310 | 103 | draft Rogs and RFAs to Defs |
| 16-Nov | 0.5 | 120 | 106 | meet with Boquist Re: case update and discovery questions |
| 16-Nov | N/C | 120 | 106 | review emails from Boquist |
| 18-Nov | 1.8 | 330 | 104 | review Knieling depo transcript for SJ |
| 22-Nov | 1.5 | 120 | 106 | meet with Boquist/Day Re: case updates and strategies |
| 28-Nov | 0.5 | 110 | 109 | attend conduct committee hearing to rescind sanction |
| 29-Nov | 2.5 | 240 | 102 | research mootness issue for SJ |
| 2-Dec | 0.3 | 330 | 105 | Call w/ V. Day - Baumgart and docs/Subp |
| 3-Dec | 2.8 | 240 | 104 | review Burdick/Brocker depo transcript for SJ |
| 5-Dec | 0.6 | 330 | 105 | Call w/ V. Day regarding disc issues and depo trans |
| 5-Dec | 1.5 | 240 | 104 | review Fagan depo for SJ |
| 8-Dec | 0.9 | 330 | 101 | prep for Kotek depo |
| 9-Dec | 0.9 | 240 | 104 | analyze Hernandez case |

| Date | Hours | Rate | Code | Description |
|---|---|---|---|---|
| 9-Dec | 0.3 | 320 | 105 | Call with Day re: discovery issues and MSJ elements |
| 12-Dec | 1 | 160 | 103 | draft settlement terms |
| 13-Dec | 0.4 | 310 | 103 | draft discovery dispute email for McShane |
| 13-Dec | 0.3 | 310 | 103 | draft and send Baumgart subpoena |
| 13-Dec | 0.4 | 310 | 105 | Call with V. Day re: email to McShane |
| 14-Dec | 0.4 | 310 | 103 | revise second discovery dispute email for McShane |
| 20-Dec | 1 | 310 | 104 | review discovery responses from defendants |
| 20-Dec | 0.5 | 320 | 105 | discuss defs' deficient discovery responses with Day |
| 20-Jan | 8 | 240 | 103 | draft facts section for SJ |
| 21-Jan | 1 | 240 | 110 | manage exhibits for SJ |
| 21-Jan | 2 | 240 | 103 | draft facts section for SJ |
| 21-Jan | N/C | 240 | 106 | email w/ Boquist |
| 23-Jan | 1.5 | 240 | 104 | review Baumgart/Knieling depos for SJ |
| 28-Jan | 6 | 240 | 103 | draft facts for SJ |
| 2-Feb | 3 | 240 | 103 | draft facts for SJ |
| 10-Feb | 2.8 | 240 | 103 | draft facts for SJ |
| 14-Feb | 1 | 240 | 104 | review Baumgart docs for SJ |
| 16-Feb | 9 | 240 | 103 | draft and revise SJ, declaration, exhibits |
| 18-Feb | 2.5 | 240 | 103 | draft and revise SJ |
| 22-Feb | 2 | 240 | 103 | revise SJ/citations/exhibits |
| 23-Feb | 8 | 240 | 103 | revise SJ/citations/exhibits |
| 26-Feb | 1.5 | 240 | 103 | revise SJ/citations/exhibits |
| 27-Feb | 1.5 | 240 | 104 | analyze Defs' MSJ |
| 28-Feb | 1 | 240 | 102 | research judicial immunity for Resp to Defs' SJ |
| 4-Mar | 3 | 240 | 103 | draft Response outline |
| 7-Mar | 1 | 240 | 104 | review client notes on Pltf's MSJ |
| 8-Mar | 3.3 | 240 | 103 | draft Resp outline/arguments |
| 9-Mar | 1.7 | 240 | 104 | review depositions for Resp quotes |
| 10-Mar | 2.5 | 240 | 103 | draft mootness section for Resp to MSJ |
| 11-Mar | 5 | 240 | 103 | draft immunities sections for Resp to MSJ |
| 14-Mar | 1.5 | 240 | 102 | research fighting words/true threats case law |
| 15-Mar | 1.5 | 240 | 103 | draft fighting words arguments |
| 18-Mar | 5 | 240 | 103 | draft SJ Response arguments |
| 24-Mar | 0.5 | 240 | 102 | research supervisor liability for Response SJ |
| 25-Mar | 5 | 240 | 103 | draft Response arguments |
| 27-Mar | 3.5 | 240 | 103 | revise Response, draft Declaration |
| 28-Mar | 1 | 240 | 104 | review Defs' Response for Pltf Reply |
| 2-Apr | 2.5 | 240 | 103 | draft Reply |
| 3-Apr | 2.5 | 240 | 103 | draft Reply |
| 6-Apr | 6 | 240 | 103 | draft Reply |
| 7-Apr | 1.8 | 240 | 103 | revise Reply/draft Boquist Decl |
| 8-Apr | 0.8 | 240 | 103 | revise Reply |
| 9-Apr | 0.5 | 240 | 103 | revise Reply |
| 10-Apr | 0.6 | 240 | 103 | revise Reply, draft Jones Supp Decl |
| 13-Apr | 0.4 | 110 | 103 | draft objection to Defs' Ex O |
| 17-Apr | 0.3 | 240 | 107 | email Defs' counsel Re: evidentiary objections |
| 17-Apr | 1 | 240 | 103 | draft surreply/Decl |
| 18-Apr | 0.5 | 240 | 107 | emails w/ Defs' counsel Re: withdraw surreply |
| 7-Jun | 0.5 | 120 | 105 | confer w/ Vance on oral arguments scheduled July 11 |
| 10-Jun | 2.5 | 230 | 104 | review filings for oral arguments |
| 15-Jun | N/C | 410 | 108 | email w/ def counsel, Boquist Re: Manning testimony |
| 18-Jun | 1.5 | 230 | 104 | review filings for oral arguments |
| 20-Jun | N/C | 120 | 106 | email w/ Boquist |
| 28-Jun | 0.4 | 110 | 104 | review/reply to multiple emails re: LEO, 12 hour notice rule |
| 29-Jun | 2 | 230 | 104 | review caselaw for oral arguments |

| Date | Hours | Rate | Code | Description |
|---|---|---|---|---|
| 1-Jul | 1.2 | 230 | 104 | review caselaw for oral arguments |
| 7-Jul | 1.5 | 230 | 101 | prep for oral arguments |
| 9-Jul | 1 | 230 | 101 | prep for oral arguments |
| 10-Jul | 2.5 | 230 | 101 | prep for oral arguments |
| 10-Jul | 2.5 | 450 | 111 | travel to/from Eugene for hearing |
| 10-Jul | 2 | 450 | 109 | attend hearing |
| 18-Jul | 0.8 | 460 | 101 | gather Boquist docs for cost bill |
| 18-Jul | 0.5 | 460 | 103 | create spreadsheet for costs |
| 20-Jul | 0.9 | 460 | 101 | document invoices for cost bill |
| 21-Jul | 0.7 | 460 | 102 | draft declaration for cost bill |
| 21-Jul | 0.5 | 460 | 101 | gather Day docs for cost bill |
| 23-Jul | 1.9 | 460 | 102 | draft/revise declaration to fee petition |
| 24-Jul | 0.2 | 460 | 102 | update cost bill |
| 25-Jul | 0.8 | 460 | 105 | confer w/ Day Re: cost bill and fees |
| 25-Jul | 0.3 | 460 | 104 | review and revise motion for attny fees |
| 26-Jul | 0.4 | 460 | 105 | confer w/ Day Re: cost bill and fees |
| 26-Jul | 0.9 | 460 | 102 | revise bill of costs, Jones Declaration |
| 28-Jul | 0.5 | 460 | 102 | revise declaration to motion for attny fees |

**356.7**