

# Oregon State Bar
# 2022 Economic Survey
# Report of Findings





Regional Research Institute

**JONES DECL. EXHIBIT 2**
**Page 1 of 4**

This report was prepared for:

**Oregon State Bar**

**Susan Grabe**
Chief Communications & Public Affairs Officer

**Matt Shields**
Public Affairs Staff Attorney

Submitted
March 2023

BY

**Debi Elliott, PhD**
503-725-5198
elliottd@pdx.edu

**Mary Oschwald, PhD**
503-725-9602
oschwald@pdx.edu

**Nick Chaiyachakorn, BA**
503-725-4040
chaiyac@pdx.edu

**Megan Cook, BA**
503-725-4040
megcook@pdx.edu

**Christian Thompson, BA**
503-725-4040
cdt3@pdx.edu

**Regional Research Institute for Human Services**
Portland State University
P.O. Box 751
Portland, OR 97207-0751

1600 SW 4th Avenue, Suite 900
Portland, OR 97201

www.pdx.edu/regional-research-institute

JONES DECL. EXHIBIT 2
Page 2 of 4

## Table 37: 2021 Hourly Billing Rate by Area of Practice – Private Practice

| | Oregon | Downtown Portland | Tri-County | Upper Willamette Valley | Lower Willamette Valley | Southern Oregon | Eastern Oregon | Oregon Coast |
|---|---|---|---|---|---|---|---|---|
| **Business/Corporate – Litigation** | (n=189) | (n=108) | (n=37) | (n=19) | (n=13) | (n=5) | (n=6) | (n=n/a) |
| Mean Rate | **$408** | **$474** | $349 | $284 | $311 | $314 | $294 | n/a |
| Median Rate | $375 | $450 | $350 | $290 | $300 | $325 | $302 | n/a |
| 95th Percentile | $730 | $774 | $503 | n/a | n/a | n/a | n/a | n/a |
| **Business/Corporate – Transactional** | (n=216) | (n=79) | (n=63) | (n=19) | (n=23) | (n=10) | (n=18) | (n=n/a) |
| Mean Rate | $359 | $430 | $343 | $284 | $293 | $318 | $313 | n/a |
| Median Rate | $350 | $395 | $350 | $280 | $300 | $360 | $317 | n/a |
| 95th Percentile | $550 | $710 | $470 | n/a | $440 | n/a | n/a | n/a |
| **Civil Litigation – Defendant** (excludes insurance defense) | (n=193) | (n=108) | (n=36) | (n=15) | (n=9) | (n=11) | (n=10) | (n=n/a) |
| Mean Rate | $381 | $442 | $335 | $259 | $288 | $281 | $286 | n/a |
| Median Rate | $350 | $415 | $350 | $260 | $300 | $300 | $285 | n/a |
| 95th Percentile | $655 | $743 | $475 | n/a | n/a | n/a | n/a | n/a |
| **Civil Litigation – Insurance Defense** | (n=118) | (n=67) | (n=29) | (n=12) | (n=n/a) | (n=n/a) | (n=n/a) | (n=n/a) |
| Mean Rate | $232 | $232 | $222 | $243 | n/a | n/a | n/a | n/a |
| Median Rate | $225 | $220 | $200 | $235 | n/a | n/a | n/a | n/a |
| 95th Percentile | $350 | $340 | $413 | n/a | n/a | n/a | n/a | n/a |
| **Civil Litigation – Plaintiff** (excludes personal injury) | (n=240) | (n=99) | (n=81) | (n=26) | (n=15) | (n=11) | (n=6) | (n=n/a) |
| Mean Rate | $374 | $419 | $363 | $305 | $364 | $297 | $286 | n/a |
| Median Rate | $350 | $410 | $350 | $300 | $345 | $300 | $298 | n/a |
| 95th Percentile | $580 | $685 | $525 | $498 | n/a | n/a | n/a | n/a |
| **Civil Litigation – Plaintiff Personal Injury** | (n=157) | (n=37) | (n=77) | (n=20) | (n=9) | (n=n/a) | (n=6) | (n=n/a) |
| Mean Rate | $368 | $393 | **$367** | **$355** | $329 | n/a | **$388** | n/a |
| Median Rate | $350 | $400 | $350 | $350 | $350 | n/a | $393 | n/a |
| 95th Percentile | $550 | $619 | $503 | $498 | n/a | n/a | n/a | n/a |
| **Criminal Law, Prosecution** | (n=n/a) | (n=n/a) | (n=n/a) | (n=n/a) | (n=n/a) | (n=n/a) | (n=n/a) | (n=n/a) |
| Mean Rate | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| Median Rate | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |
| 95th Percentile | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a |

**JONES DECL. EXHIBIT 2**
**Page 3 of 4**