Vance D. Day, OSB #912487
vance.day@teamvanceday.org
Law Offices of Vance D. Day, PC
PO Box 220
Powell Butte, OR 97753
   Telephone: (503) 409-5562

Elizabeth A. Jones, OSB #201184
beth@capitol.legal
Capitol Legal Services
901 Capitol St. NE
Salem, OR 97301
   Telephone: (503) 480-7252
   Fax: (503) 779-2716
     Attorneys for Plaintiff Brian J. Boquist

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| BRIAN J. BOQUIST, | Case No. 6:19-cv-01163-MC |
| Plaintiff, | |
| v. | **PLAINITIFF'S BILL OF COSTS** |
| OREGON STATE SENATE PRESIDENT PETER COURTNEY, in his individual and official capacities; SENATOR FLOYD PROZANSKI, in his individual and official capacities as Chairman of the Senate Special Committee on Conduct, SENATOR JAMES MANNING, in his individual and official capacities as member of the Special Senate Conduct Committee, | |
| Defendants. | |

Judgment having been entered in the above-entitled action on July 17, 2023, against defendants Senate President Peter Courtney, Senator Floyd Prozanski, and Senator James Manning, Plaintiff provides the following detailed itemization of all claimed costs:

Page 1 –   **PLAINTIFF'S BILL OF COSTS**

1. **Fees of the Clerk**

| Item | Amount | Exhibit# |
|---|---|---|
| U.S. District Court Filing Fee | $400.00 | Exhibit 1 |
| Oregon Department of Justice | $405.00 | Exhibit 1 |
| U.S. District Court Filing Fee | $455.00 | Exhibit 1 |
| **Subtotal** | **$1,260.00** | |

2. **Fees for printed or electronically recorded transcripts necessarily obtained for use in the case**

| Item | Amount | Exhibit#, Pg# |
|---|---|---|
| Deposition transcript of Travis Hampton | $807.25 | Exhibit 2, pp. 1-3 |
| Videographer of Travis Hampton | $460.00 | Exhibit 2, pp. 4-7 |
| Deposition transcript of James Manning | $1,701.20 | Exhibit 2, pp. 8-10 |
| Deposition transcript of Lee Beyer | $266.60 | Exhibit 2, pp. 11, 18 |
| Deposition transcript of Floyd Prozanski, Vol. I & Vol. II | $2,274.20 | Exhibit 2, pp. 11, 14-15 |
| Videographer of Floyd Prozanski, Vol. I | $917.50 | Exhibit 2, p. 12 |
| Videographer of Floyd Prozanski, Vol. II | $847.75 | Exhibit 2, p. 13 |
| Deposition transcript of Floyd Prozanski, Vol. III | $636.65 | Exhibit 2, pp. 16-17 |
| Deposition transcript of Sara Gelser Blouin | $869.20 | Exhibit 2, p. 19 |
| Videographer of Sara Gelser Blouin | $548.75 | Exhibit 2, p. 20 |
| Deposition transcript of Peter Courtney | $1,517.75 | Exhibit 2, p. 21 |
| Videographer of Peter Courtney | $931.25 | Exhibit 2, p. 22 |
| Deposition transcripts of Shemia Fagan and Jessica Knieling | $1,687.51 | Exhibit 2, p. 23 |
| Videographer of Shemia Fagan | $525.00 | Exhibit 2, pp. 24-25 |

Page 2 –    **PLAINTIFF'S BILL OF COSTS**

| | | |
|---|---|---|
| Deposition transcript of Laurie Monnes-Anderson | $318.50 | Exhibit 2, p. 26 |
| Deposition transcripts of Virginia Burdick, and Lori Brocker, Vol. I & Vol. II | $1,315.90 | Exhibit 2, p. 27 |
| Deposition transcript of Brian Boquist | $632.15 | Exhibit 2, p. 28 |
| Deposition transcript of Brenda Baumgart, Vol. I | $968.00 | Exhibit 2, p. 29 |
| Videographer of Brenda Baumgart | $486.25 | Exhibit 2, pp. 30-31 |
| Deposition transcript of Brenda Baumgart, Vol. II | $618.10 | Exhibit 2, p. 32 |
| Deposition transcript of Tina Kotek | $408.30 | Exhibit 2, p. 33 |
| **Subtotal** | **$18,737.81** | |

| **Item** | **Amount** | **Exhibit#** |
|---|---|---|
| Transcript of Conduct Hearing Part 1 | $349.45 | Exhibit 3, p. 1 |
| Transcript of Conduct Hearing Part 2 | $275.20 | Exhibit 3, p. 2 |
| Transcript of Legal Counsel Brief | $159.00 | Exhibit 3, p. 3 |
| Transcript of 19CV29374 proceedings | $1,600.00 | Exhibit 3, p. 4 |
| Transcript of 19CV29374 proceedings | $2,468.00 | Exhibit 3, pp. 5-6 |
| **Subtotal** | **$4,851.65** | |

3. **Docket fees under 28 U.S.C. 1923**

                              **Subtotal:**      **$20.00**

                                        **TOTAL**    **$24,869.46**

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was served today on the parties and in the manner noted on the attached Certificate of Service.

Dated this 31st day of July, 2023.

                                                         s/ Elizabeth A. Jones
                                            Elizabeth A. Jones, OSB #201184
                                            Vance D. Day, OSB #912487
                                            Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing PLAINTIFF'S BILL OF COSTS on:

    Tracy Ickes White
    Marc Abrams
    Oregon Department of Justice
    100 SW Market Street
    Portland, OR 97201
        Attorneys for Defendants

by the following indicated method or methods:

☒     by **electronic means through the Court's Case Management/Electronic Case File system** on the date set forth below;

       by **emailing** a copy thereof to each attorney at each attorney's last-known email address on the date set forth below;

       by **mailing** a full, true, and correct copy thereof in a sealed, first-class postage-prepaid envelope, addressed to the attorneys' last-known address listed above and depositing it in the U.S. mail at Salem, Oregon on the date set forth below.

DATED this 31st day of July, 2023.

                                                    s/ Elizabeth A. Jones
                                                    Elizabeth A. Jones, OSB #201184
                                                    Of Attorneys for Plaintiff