| | |
|---|---|
| capacity and all of their official capacities in the Legislative Branch of the State of Oregon<br>TERMINATED: 07/08/2022 | LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED<br><br>**Marc Abrams**<br>(See above for address)<br>ATTORNEY TO BE NOTICED |
| **Defendant**<br><br>**Melissa Healy**<br>*in their official capacity as contract investigators to the Oregon State Senate, and all in their official capacities in the Legislative Branch of the State of Oregon*<br>TERMINATED: 07/08/2022 | represented by **Tracy Ickes White**<br>(See above for address)<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED<br><br>**Marc Abrams**<br>(See above for address)<br>ATTORNEY TO BE NOTICED |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/26/2019 | 1 | Complaint. Filing fee in the amount of $400 collected. Receipt No. 84864. Jury Trial Requested: No. Filed by Brian J. Boquist against All Defendants (Attachments: # 1 Attachment, # 2 Attachment, # 3 Civil Cover Sheet). (joha) (Entered: 07/26/2019) |
| 07/26/2019 | 2 | Notice of Case Assignment to Judge Michael J. McShane and Discovery and Pretrial Scheduling Order. **NOTICE: Counsel shall print and serve the summonses and all documents issued by the Clerk at the time of filing upon all named parties in accordance with Local Rule 3-5**. Discovery is to be completed by 11/25/2019. Joint Alternate Dispute Resolution Report is due by 12/23/2019. Pretrial Order is due by 12/23/2019. Ordered by Judge Michael J. McShane. (bd) (Entered: 07/26/2019) |
| 07/26/2019 | 3 | Clerk's Notice of Mailing to Brian J. Boquist of Notice of Case Assignment and Discovery and Pretrial Scheduling Order 2 . (bd) (Entered: 07/26/2019) |
| 08/22/2019 | 4 | Individual Party Consent to Jurisdiction by U.S. Magistrate Judge. (bd) (Entered: 08/22/2019) |
| 08/23/2019 | 5 | Acceptance/Acknowledgement of Service of Complaint 1 on Jessica Knieling served on 8/23/2019; James Manning served on 8/23/2019; Floyd Prozanski served on 8/23/2019; Peter Courtney served on 8/23/2019; Dexter Johnson served on 8/23/2019 Filed by Jessica Knieling; James Manning; Floyd Prozanski; Peter Courtney; Dexter Johnson. (Abrams, Marc) (Entered: 08/23/2019) |
| 09/24/2019 | 6 | Amended Complaint (Request) for Declaratory Judgement of the Law. Filed by Brian J. Boquist against Brenda Baumgart, Peter Courtney, Melissa Healy, Daron Hill, Dexter Johnson, Jessica Knieling, James Manning, Floyd Prozanski (Attachments: # 1 Attachment 1, # 2 Attachment 2, # 3 Attachment 3, # 4 Attachment 4). (bd) (Entered: 09/25/2019) |
| 10/15/2019 | 7 | Scheduling Order by Judge Michael J. McShane: Plaintiff could have filed an amended complaint as a matter of course pursuant to Fed. R. Civ. P. 15(a)(1)(B) and did not need this Courts leave to do so. Plaintiffs Amended Complaint 6 is, therefore, the operative complaint. Defendants must file a response within 14 days from service of the Amended Complaint. Fed. R. Civ. P. 15(a)(3). Ordered by Judge Michael J. McShane.*(Mailed to Pro Se party on 10/16/2019.)* (cp) (Entered: 10/15/2019) |
| 10/21/2019 | 8 | Motion to Dismiss for Failure to State a Claim , Motion for Summary Judgment *and Memorandum in Support*. Filed by All Defendants. (Abrams, Marc) (Entered: 10/21/2019) |

ELLEN F. ROSENBLUM
Attorney General
MARC ABRAMS #890149
Assistant Attorney-in-Charge
TRACY ICKES WHITE #904127
Senior Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  marc.abrams@doj.state.or.us
        Tracy.I.White@doj.state.or.us

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| BRIAN J. BOQUIST, | Case No. 6:19-cv-01163-MC |
| Plaintiff, | **SATISFACTION OF JUDGMENT** |
| v. | |
| OREGON STATE SENATE PRESIDENT PETER COURTNEY, in his official capacity, SENATOR FLOYD PROZANSKI, in his official capacity as Chairman of the Senate Special Committee on Conduct, SENATOR JAMES MANNING, in his official capacity as member of the Special Senate Conduct Committee, DEXTER JOHNSON, in his official capacity as Legislative Counsel, DARON HILL, in his official Legislative Administration capacity, JESSICA KNIELING, in her official capacity as interim Human Resources Director, and BRENDA BAUMGART & MELISSA HEALY, in their official capacity as contract investigators to the Oregon State Senate, and all in their official capacities in the Legislative Branch of the State of Oregon, | |
| Defendants. | |

Page 1 -   **SATISFACTION OF JUDGMENT**
            MA/jh2/10076274-v1

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

**JONES DECL. EXHIBIT 1**
**Page 2 of 5**

Defendants acknowledge receipt of the sum of $405.00 in full satisfaction of the Judgment entered on January 23, 2020 and the Bill of Costs filed January 8, 2020 in the above entitled matter. Defendant instructs the Clerk to record said Satisfaction of Judgment.

DATED January __30__, 2020.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General


___s/Marc Abrams_____
MARC ABRAMS #890149
Assistant Attorney-in-Charge
TRACY ICKES WHITE #904127
Senior Assistant Attorney General
Trial Attorneys
Tel (971) 673-1880/Fax (971) 673-5000
Marc.Abrams@doj.state.or.us
Tracy.I.White@doj.state.or.us
Of Attorneys for Defendants

Page 2 -   SATISFACTION OF JUDGMENT
         MA/jh2/10076274-v1
                            Department of Justice
                            100 SW Market Street
                            Portland, OR 97201
                            (971) 673-1880 / Fax: (971) 673-5000

JONES DECL. EXHIBIT 1
Page 3 of 5

## CERTIFICATE OF SERVICE

I certify that on January 30, 2020, I served the foregoing SATISFACTION OF JUDGMENT upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Sen. Brian J. Boquist<br>17080 Butler Hill Road<br>Dallas, OR 97338<br>  *Pro Se Plaintiff* | ___ HAND DELIVERY<br>_X_ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-MAIL<br>___ E-SERVE |

            *s/ Marc Abrams*
            MARC ABRAMS #890149
            Assistant Attorney-in-Charge
            TRACY ICKES WHITE #904127
            Senior Assistant Attorney General
            Trial Attorneys
            Tel (971) 673-1880
            Fax (971) 673-5000
            marc.abrams@doj.state.or.us
            Tracy.I.White@doj.state.or.us
            Of Attorneys for Defendants

Page 1 - CERTIFICATE OF SERVICE
    MA/sm5/9763232-v1
          Department of Justice
          100 SW Market Street
          Portland, OR 97201
       (971) 673-1880 / Fax: (971) 673-5000

JONES DECL. EXHIBIT 1
Page 4 of 5

| | | |
|---|---|---|
| 10/21/2019 | 9 | Declaration of *Marc Abrams*. Filed by All Defendants. (Related document(s): Motion to Dismiss for Failure to State a Claim, Motion for Summary Judgment 8.) (Abrams, Marc) (Entered: 10/21/2019) |
| 10/21/2019 | 10 | Certificate of Service *(Titled: Certificate of Service Confirmation)* by Brian J. Boquist of Amended Complaint 6. Filed by Brian J. Boquist. (bd) (Entered: 10/22/2019) |
| 11/04/2019 | 11 | Response to Motion to Dismiss for Failure to State a Claim, Motion for Summary Judgment *and Memorandum in Support* 8 *(Titled: Plaintiff's Response to Defendants Request for Dismissal or Summary Judgement)*. Filed by Brian J. Boquist. (Attachments: # 1 Attachment 1, # 2 Attachment 2, # 3 Attachment 3, # 4 Attachment 4, # 5 Attachment 5, # 6 Attachment 6.) (bd) (Entered: 11/05/2019) |
| 11/13/2019 | 12 | Reply to Motion to Dismiss for Failure to State a Claim Motion for Summary Judgment *and Memorandum in Support* 8. Filed by All Defendants. (Abrams, Marc) (Entered: 11/13/2019) |
| 12/17/2019 | 13 | Motion to Amend/Correct Discovery order, 2. Filed by All Defendants. (Abrams, Marc) Modified on 12/19/2019 to correct event selection. NEF not regenerated. (bd) (Entered: 12/17/2019) |
| 12/23/2019 | 14 | Response to Motion for Extension of Discovery & PTO Deadlines 13 *Titled: Plaintiff Status Report in Regard to Judge's Pretrail Scheduling Order, Motion for Denial - Limited Time."*. Filed by Brian J. Boquist. (bd) (Entered: 12/23/2019) |
| 12/24/2019 | 15 | Reply to Motion for Extension of Discovery & PTO Deadlines 13. Filed by All Defendants. (Abrams, Marc) (Entered: 12/24/2019) |
| 01/07/2020 | 16 | Opinion and Order: Because Plaintiff fails to state a cognizable claim for relief and amendment would be futile, Defendants' Motion to Dismiss 8 is granted and the dismissal is with prejudice. Signed on 1/7/2020 by Judge Michael J. McShane.*(Mailed to Pro Se party on 1/7/2020.)* (cp) (Entered: 01/07/2020) |
| 01/07/2020 | 17 | **JUDGMENT:** Based on the record, this action is dismissed with prejudice. Signed on 1/7/2020 by Judge Michael J. McShane. *(Mailed to Pro Se party on 1/7/2020.)* (cp) (Entered: 01/07/2020) |
| 01/08/2020 | 18 | Bill of Costs *and Disbursements*. Filed by All Defendants. (Abrams, Marc) (Entered: 01/08/2020) |
| 01/08/2020 | 19 | Declaration of Marc Abrams (Related document(s): Bill of Costs *and Disbursements* 18). Filed by All Defendants. (Abrams, Marc) Modified on 1/14/2020 to create document link. Notice of Electronic Filing regenerated to the parties. (bd) (Entered: 01/08/2020) |
| 01/23/2020 | 20 | **ORDER:** Granting Taxation of Costs 18. Costs taxed in the amount of $405.00 against Brian J. Boquist. Ordered by Judge Michael J. McShane. *(Mailed to Pro Se party on 1/23/2020.)* (cp) (Entered: 01/23/2020) |
| 01/30/2020 | 21 | Satisfaction *of Judgment* by All Defendants. Filed by All Defendants. (Abrams, Marc) (Entered: 01/30/2020) |
| 01/31/2020 | 22 | Notice of Appeal to the 9th Circuit. Related Documents: Opinion and Order 16 and Judgment 17. Filing fee in amount of $505 collected; Receipt No. 13280 issued. Filed by Brian J. Boquist. (bd) (Entered: 01/31/2020) |
| 01/31/2020 | 23 | Representation Statement re Notice of Appeal 22. Filed by Brian J. Boquist. (bd) (Entered: 01/31/2020) |