**Bend Court Reporting, LLC**
Lisa I. Kroon, CSR, RPR
P.O. Box 801
Bend, Oregon 97709
(541) 610-9406

# INVOICE



Bill To:  Brian Boquist
17080 Butler Hill Road
Dallas, OR 97338

Invoice No. 22-100

Invoice Date: 09/07/2022

Tax ID # 85-0796288

---

CASE CAPTION:  BRIAN J. BOQUIST vs. OREGON STATE SENATE PRESIDENT PETER COURTNEY, et al.

CASE NUMBER: 6:19-cv-01163-MC

DEPOSITION OF TRAVIS HAMPTON
Deposition date: September 2, 2022 - Bend, Oregon

275.00

Peggy Boquist
17080 Butler Hill Road
Dallas, OR 97338

8254
34-827/1251
1097

Sep 11, 2022 Date

Pay to the order of Bend Court Reporting LLC          $ 275.00
Two hundred seventy five no/100 Dollars

Columbia Bank   Salem 877.272.3678 columbiabank.com

For Invoice #22-100          Gregory L Boquist

TOTAL DUE  >>>          **$275.00**

"Thank you for your business.  We appreciate it very much!"

Invoices are due upon receipt.
There will be a late charge of 1.5% added to invoices not paid within 30 days of the original invoice date.
Please make checks payable to "Bend Court Reporting, LLC"

From: lisa@bendcourtreporting.com,
To: boquist@aol.com,
Subject: Invoice - 9/2 Bend deposition
Date: Wed, Sep 7, 2022 1:32 pm
Attachments: Invoice 22-100 Boquist 09-07-22.pdf (200K),

Good afternoon, Mr. Boquist,

Attached please find the invoice from the deposition of Travis Hampton taken on September 2, 2022, in Bend, Oregon.

If you would like a hard copy of the invoice mailed to you, please let me know.

Payment by check is appreciated. Please send to:

Bend Court Reporting, LLC

P.O. Box 801

Bend, OR 97709

Thank you,

**Lisa I. Kroon, CSR, RPR**

*Certified & licensed in Oregon, Washington, Idaho, California*



Bend Court Reporting, LLC

541-610-9406

*www.bendcourtreporting.com*

*****CONFIDENTIALITY NOTICE***********

This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

*********************************************

https://mail.aol.com/webmail-std/en-us/PrintMessage                                                                     1/1

**Bend Court Reporting, LLC**
Lisa I. Kroon, CSR, RPR
P.O. Box 801
Bend, Oregon 97709
(541) 610-9406

# INVOICE



Bill To:  Mr. Brian J. Boquist
17080 Butler Hill Road
Dallas, OR 97338

Invoice No.  22-119

Invoice Date:  10/11/2022

Tax ID #  85-0796288

---

CASE CAPTION:  BRIAN J. BOQUIST vs. OREGON STATE SENATE PRESIDENT PETER COURTNEY, et al.

CASE NUMBER:  6:19-cv-01163-MC

VIDEOTAPED DEPOSITION OF TRAVIS HAMPTON
Deposition date:  September 2, 2022 - Bend, Oregon

| | |
|---|---|
| Original certified transcript, 107 pgs. @ $4.75/pg. | 508.25 |
| PDF, Mini Transcript, Word Index | |
| Exhibits - scans and processing, 45 pages | 9.00 |
| Shipping/handling original exhibits - mailed to Beth Jones, Esq. | 15.00 |

**TOTAL DUE  >>>        $532.25**

original invoice date.

*Peggy Boquist*
*17080 Butler Hill Road*
*Dallas, OR. 97338*                                8259
                                            34-827/1251
                                                1097
                            *Oct. 18, 2022* Date

Pay to the order of  *Bend Court Reporting, LLC*  | $ *532.25*

*five hundred thirty two* 25/100 ——— Dollars

**Columbia Bank**  Salem
877.272.3678
columbiabank.com

For *HAMPTON 22-119*          *Peggy L. Boquist*

JONES DECL. EXHIBIT 2
Page 3 of 33

**Audio Visions Plus, Inc.**
1842 SE 1st St Ste F
Redmond, OR  97756 US
+1 5413126464
www.audiovisionsplus.com



AUDIO VISIONS PLUS

## INVOICE

BILL TO
Brian Boquist
17080 Butler Hill Rd
Dallas, Ore  97338

SHIP TO
Brian Boquist
150 NW pacific Park Lane
Bend, Ore  97701

| INVOICE # | DATE | TERMS | DUE DATE |
|---|---|---|---|
| a7373 | 09/02/2022 | Net 30 | 10/02/2022 |

SHIP DATE
09/02/2022

P.O. NUMBER
Travis Hampton

SALES REP
ss

PICKUP DATE
9/2

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 09/02/2022 | VIDEO DEPOSITION<br>Video Depo recording time Per. Hr.<br>2 hr minimum ist hour includes set up 1 hour prior to<br>scheduled start, $115 /hr thereafter, also includes video file<br>uploads to client. | 4 | 115.00 | 460.00 |

Case No. 6:19-cv-01163-MC

BALANCE DUE

**$460.00**



**Audio Visions Plus, Inc.**
1842 SE 1st St Ste F
Redmond, OR 97756 US
+1 5413126464
www.audiovisionsplus.com



AUDIO VISIONS PLUS

## INVOICE

| BILL TO | SHIP TO |
|---|---|
| Brian Boquist | Brian Boquist |
| 17080 Butler Hill Rd | 150 NW pacific Park Lane |
| Dallas, Ore 97338 | Bend, Ore 97701 |

| INVOICE # | DATE | TERMS | DUE DATE |
|---|---|---|---|
| a7373 | 09/02/2022 | Net 30 | 10/02/2022 |

SHIP DATE
09/02/2022

| P.O. NUMBER | SALES REP | PICKUP DATE |
|---|---|---|
| Travis Hampton | ss | 9/2 |

| DATE | ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 09/02/2022 | VIDEO DEPOSITION<br>Video Depo recording time Per. Hr.<br>2 hr minimum ist hour includes set up 1 hour prior to<br>scheduled start, $115 /hr thereafter, also includes video file<br>uploads to client. | 4 | 115.00 | 460.00 |

Case No. 6:19-cv-01163-MC

**BALANCE DUE**      **$460.00**

JONES DECL. EXHIBIT 2
Page 5 of 33

From: quickbooks@notification.intuit.com,
To: boquist@aol.com,
Subject: Invoice a7373 from AUDIO VISIONS PLUS LLC
Date: Wed, Sep 7, 2022 8:37 am
Attachments: Invoice_a7373_from_Audio_Visions_Plus_Inc.pdf (42K)

INVOICE a7373 DETAILS



AUDIO VISIONS PLUS

Audio Visions Plus, inc.

**DUE 10/02/2022**

# $460.00

Review and pay

Powered by QuickBooks

Dear Mr Boquist,

I can upload the video to your email if you wish or send to your lawyers email.
Let me know,

Steven

| **Bill to** | Brian Boquist<br>17080 Butler Hill Rd<br>Dallas, Ore 97338 |
|---|---|
| **Ship to** | Brian Boquist<br>150 NW pacific Park Lane<br>Bend, Ore 97701 |
| **Ship date** | 09/02/2022 |
| **Terms** | Net 30 |
| **P.o. number** | Travis Hampton |
| **Sales rep** | ss |
| **Pickup date** | 9/2 |

JONES DECL. EXHIBIT 2
Page 6 of 33

09/02/2022

**VIDEO DEPOSITION**                                                    $460.00

Video Depo recording time Per. Hr.
2 hr minimum lst hour includes set up 1 hour prior to scheduled start, $115 /hr thereafter, also
includes video file uploads to client.

4 X $115.00

---

Balance due      $460.00

Case No. 6:19-cv-01163-MC

---

Review and pay

---

Audio Visions Plus, inc.

1842 SE 1st St Ste F Redmond, OR 97756 US

+1 5413126464    www.audiovisionsplus.com

---

If you receive an email that seems fraudulent, please check with the business owner before paying.

**quickbooks.**

© Intuit, Inc. All rights reserved.    Privacy | Security | Terms of Service

# *Carr* COURT REPORTING

4804 NW Bethany Blvd. • Suite I-2220 • Portland, Oregon 97229 • (503) 227-2277

# Invoice

Number: **11051**
Date: **9/9/2022**

**Attorney**
Brian J. Boquist
Brian J. Boquist
17070 Butler Hill Road
Dallas, OR, 97338

**Agency**
Carr Court Reporting
EIN No. 27-3777234

| Reporter | County/Case No. | Caption |
|---|---|---|
| C&C/Oijace | USDC/EUG/6:19-cv-01163-MC | BOQUIST v COURTNEY, et al. |

| Item | Description | Hrs/Pgs | Price Each | Amount |
|---|---|---|---|---|
| | Video Recorded Deposition of: SENATOR JAMES I. MANNING, JR., taken on Thursday, September 1, 2022, commencing at 8:15 a.m., at the Department of Justice, in Eugene, Oregon. | | | |
| AF | Reporter Appearance Fee | 5 | $80.00 | $400.00 |
| VF | Videographer Appearance Fee | 5 | $105.00 | $525.00 |
| NT | No transcript ordered | | | |



Peggy Boquist
17080 Butler Hill Road
Dallas, OR 97338

8255

34-827/1251
1097

*Sep 11, 2022*
Date

Pay to the order of *Carr Court Reporting* $ 925.00

*nine hundred twenty five* no/100 Dollars

Columbia Bank  Salem
877.272.3678
columbiabank.com

For *Invoice # 11051*  *Peggy L. Boquist*

Total  **$925.00**

From: carrcourtrptg@aol.com,
To: boquist@aol.com,
Subject: Boquist v Courtney, et al. | Invoice
Date: Fri, Sep 9, 2022 1:34 pm
Attachments: Invoice 11051.pdf (34K)

Attached please find:

- Our Invoice No. 11051 for the deposition taken on September 1, 2022.

Thank you,

Colleen Webb for
Iwalani "Eva" Carr
Carr Court Reporting
(503) 227-2277



**COURT REPORTING**

4804 NW Bethany Blvd. • Suite I-2220 • Portland, Oregon 97229 • (503) 227-2277

# Invoice

Number: **11156**

Date: **11/16/2022**

**Attorney**
Brian J. Boquist
Brian J. Boquist
17070 Butler Hill Road
Dallas, OR, 97338

**Agency**
Carr Court Reporting
EIN No. 27-3777234

| Reporter | County/Case No. | Caption |
|---|---|---|
| C&C/Oljace | USDC/EUG/6:19-cv-01163-MC | BOQUIST v COURTNEY, et al. |

| Item | Description | Hrs/Pgs | Price Each | Amount |
|---|---|---|---|---|
| | Video Recorded Deposition of: SENATOR JAMES I. MANNING, JR., taken on Thursday, September 1, 2022, commencing at 8:15 a.m., at the Department of Justice, in Eugene, Oregon. | | | |
| OT | Original transcript | 149.00 | $4.30 | $640.70 |
| SC | Surcharge for video | 149.00 | $0.50 | $74.50 |
| ET | Electronic transcript | 1.00 | $10.00 | $10.00 |
| EX | Exhibit scanning/linking/archiving | 39.00 | $1.00 | $39.00 |
| EX | Exhibits - originals returned priority mail | 1.00 | $12.00 | $12.00 |



Peggy Boquist
17080 Butler Hill Road
Dallas, OR 97338

Nov. 21 2022

8272

Pay to the order of Carr Court Reporting     $ 776.20

Seven hundred seventy six 20/100 Dollars

Columbia Bank

For James Manning     Peggy L. Boquist

**Total     $776.20**



**COURT REPORTING**

4804 NW Bethany Blvd. • Suite I-2220 • Portland, Oregon 97229 • (503) 227-2277

## Invoice

Number: **11060**
Date: **9/19/2022**

**Attorney**
Brian J. Boquist
Brian J. Boquist
17070 Butler Hill Road
Dallas, OR, 97338

**Agency**
Carr Court Reporting
EIN No. 27-3777234

| Reporter | County/Case No. | Caption |
|---|---|---|
| C&C | USDC/EUG/6:19-cv-01163-MC | BOQUIST v COURTNEY, et al. |

| Item | Description | Hrs/Pgs | Price Each | Amount |
|---|---|---|---|---|
| | Deposition of: SENATOR LEE BEYER, taken on Wednesday, September 14, 2022, commencing at 2:00 p.m., at the Department of Justice, in Eugene, Oregon. | | | |
| AF | Reporter Appearance Fee | 2 | $80.00 | $160.00 |
| NT | No transcript ordered | | | |
| | Video Recorded Deposition of: SENATOR FLOYD PROZANSKI, taken on Thursday, September 15, 2022, commencing at 8:00 a.m., at the Department of Justice, in Eugene, Oregon. | | | |
| AF | Reporter Appearance Fee | 5.00 | $80.00 | $400.00 |
| NT | No transcript ordered | | | |

Peggy Boquist
17080 Butler Hill Road
Dallas, OR 97338

8257
34-827/1251
1097

Sep 22, 2022    Date

Pay to the order of  Carr Court Reporting    $ 560.00

five hundred sixty and ⁿᵒ/₁₀₀ ——— Dollars

Columbia Bank    Salem
877.272.3678
columbiabank.com

For #11060  Beyer

**Total**    **$560.00**

# ⊚ DISCOVERY

## MEDIA PRODUCTIONS

PO Box 19881 | Portland, OR 97280
(503) 892-1998
info@discoverymp.com | www.discoverymp.com

# Invoice

EIN: 26-3268453

**Bill To**

Brian J. Boquist
17070 Butler Hill Road
Dallas, OR 97338

| Invoice # | 202209-042 |
|---|---|
| Date | 9/20/2022 |
| **Balance Due** | **$917.50** |
| Terms | Due on receipt |
| Due | 9/20/2022 |

Project / Reference:    **Boquist v. Courtney**

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| Brian J. Boquist v. Oregon State Senate President Peter Courtney, et al. | | | |
| 9/15/22 deposition video recording of: Senator Floyd Prozanski | | | |
| Deposition hours [7:00 - 1:30] | 6.5 | 95.00 | 617.50 |
| Travel/mileage to/from Eugene, OR | 1 | 250.00 | 250.00 |
| MP4 file / archiving | 1 | 50.00 | 50.00 |

Peggy Boquist
17080 Butler Hill Road
Dallas, OR 97338

8256
34-827/1251
1097

Aug 22, 2022 Date

Pay to the order of *Discovery media*    $ 917.50

*Nine hundred seventeen and 50/100* — Dollars

**Ⓖ Columbia Bank**    Salem
877.272.3678
columbiabank.com

For 917.50 INV, 26-3268453    *Peggy L. Boquist*

Harland Clarke

| | Total | $917.50 |
|---|---|---|
| | Payments/Credits | $0.00 |
| | **Balance Due** | **$917.50** |

A late charge of 18% annually (1.5% monthly) will be charged if the total payment is not received within 30 days of the due date.

JONES DECL. EXHIBIT 2
Page 12 of 33



SEARCH

COMPOSE

Keep as New   Reply   Reply All   Forward   Delete   Spam   More ▾

Search Mail

**Invoice from Discovery Media Productions, Inc. (202211-028)**

Today on AOL

New Mail    3206

Old Mail

Drafts    1

Sent

Spam

Recently Deleted

Contacts

Calendar

Folders

Saved Mail

Archive

Mail

Notes

Old Mail

SavedIMs

Sent

⚑ Discovery Media Productions, Inc. (info@discoverymp.com)

To: you    Details ▾

Inv_202211028_from_Discovery_M...pdf (308 KB)

Wed, Nov 16, 2022 2:3:

Here is the link for the 11/14/22 video deposition of Floyd Prozanski:

https://discoverymedia.sharefile.com/d-s94587d770c064e88b5965b1cc3f68224

Discovery Media Productions, Inc.

**Invoice**  Due:11/16/2022
202211-028

Amount Due: **$847.75**

Dear Brian Boquist:

Your invoice #202211-028 for $847.75 is attached. Please remit payment at your earliest convenience.

Thank you for your business - we appreciate it very much.

Sincerely,

Devin Williams | Chief Executive Officer
Discovery Media Productions, Inc.
(503) 892-1998
www.discoverymp.com

remit to: PO Box 19881 | Portland, OR 97280
office: 10725 SW Barbur Blvd, Suite 102 | Portland, OR 97219

◎ DISCOVERY
MEDIA PRODUCTIONS



# *Carr* COURT REPORTING

4804 NW Bethany Blvd. • Suite I-2220 • Portland, Oregon 97229 • (503) 227-2277

# Invoice

Number: **11181**
Date: **12/5/2022**

**Attorney**
Brian J. Boquist
Brian J. Boquist
17070 Butler Hill Road
Dallas, OR, 97338

**Agency**
Carr Court Reporting
EIN No. 27-3777234

| Reporter | County/Case No. | Caption | | |
|---|---|---|---|---|
| C&C | USDC/EUG/6:19-cv-01163-MC | BOQUIST v COURTNEY, et al. | | |

| Item | Description | Hrs/Pgs | Price. Each | Amount |
|---|---|---|---|---|
| | Depositions of: SENATOR FLOYD PROZANSKI, VOLUME 1, taken on September 15, 2022, and VOLUME 2, taken on November 14, 2022, at the Department of Justice, in Eugene, Oregon. | | | |
| AF | Appearance fee - Sept. 15 - previously invoiced | | | |
| AF | Appearance fee - Nov. 14 | 4.50 | $80.00 | $360.00 |
| OT | Original transcripts, Volumes 1 & 2 | 304.00 | $4.30 | $1,307.20 |
| SC | Surcharge for video | 304.00 | $0.50 | $152.00 |
| ET | Electronic transcripts | 2 | $10.00 | $20.00 |
| EX | Exhibit scanning/linking/archiving | 23.00 | $1.00 | $23.00 |
| EX | Exhibits - originals returned priority mail | 1.00 | $12.00 | $12.00 |

**Invoices Payable Upon Receipt**
Please Reference Invoice Number for Proper Credit
**Thank You!**

(1.5.% Late Fee applied monthly to unpaid balances.)

**Total**  $1,874.20



Brian & Peggy Boquist
17080 Butler Hill Road
Dallas, Oregon 97338

Carr Court Reporting
4804 NW Bethany Bethany Blvd. #1-2220
Portland, Oregon 97229

JONES DECL. EXHIBIT 7
Page 15 of 18





**COURT REPORTING**

4804 NW Bethany Blvd. • Suite I-2220 • Portland, Oregon 97229 • (503) 227-2277

# Invoice

Number: **11268**
Date: **2/10/2023**

**Attorney**
Brian J. Boquist
Brian J. Boquist
17070 Butler Hill Road
Dallas, OR, 97338

**Agency**
Carr Court Reporting
EIN No. 27-3777234

| Reporter | County/Case No. | Caption |
|---|---|---|
| C&C/Oljace | USDC/EUG/6:19-cv-01163-MC | BOQUIST v COURTNEY, et al. |

| Item | Description | Hrs/Pgs | Price Each | Amount |
|---|---|---|---|---|
| | Deposition of: FLOYD PROZANSKI, VOL. 3, taken on Friday, January 27, 2023, 2023. Deposition taken remotely via Zoom videoconference. | | | |
| AF | Appearance fee | 2.5 | $85.00 | $212.50 |
| VF | Videoconference administrative fee | 1 | $15.00 | $15.00 |
| OT | Original transcript | 89 | $4.35 | $387.15 |
| ET | Electronic transcript | 1.00 | $12.00 | $12.00 |
| EX | Exhibit scanning/linking/archiving | 10 | $1.00 | $10.00 |

**Invoices Payable Upon Receipt**
Please Reference Invoice Number for Proper Credit
**Thank You!**

(1.5.% Late Fee applied monthly to unpaid balances.)

**Total** $636.65

Ms. Peggy Boquist
17080 Butler Hill Rd
Dallas, OR 97338-9316

Carr Reporting
4804 NW Bethany Blvd.
Suite I-2220
Portland, Oregon
97229

Peggy Boquist
17080 Butler Hill Road
Dallas, OR 97338

8286
34-827/1251
1097

Feb 11, 2023  Date

Pay to the order of  Carr Reporting    $ 636.65

Six hundred thirty six 65/100 ——— Dollars

Columbia Bank  Salem
877.272.3678
columbiabank.com

For Organski #3    Peggy L Boquist



**COURT REPORTING**

4804 NW Bethany Blvd. • Suite I-2220 • Portland, Oregon 97229 • (503) 227-2277

# Invoice

| | |
|---|---|
| Number: | **11192** |
| Date: | **12/15/2022** |

**Attorney**
Brian J. Boquist
Brian J. Boquist
17070 Butler Hill Road
Dallas, OR, 97338

**Agency**
Carr Court Reporting
EIN No. 27-3777234

| Reporter | County/Case No. | Caption |
|---|---|---|
| C&C | USDC/EUG/6:19-cv-01163-MC | BOQUIST v COURTNEY, et al. |

| Item | Description | Hrs/Pgs | Price Each | Amount |
|---|---|---|---|---|
| | Deposition of: SENATOR LEE BEYER, taken on Wednesday, September 14, 2022, commencing at 2:00 p.m., at the Department of Justice, in Eugene, Oregon. | | | |
| CT | Copy of transcript | 43 | $2.20 | $94.60 |
| ET | Electronic transcript | 1 | $10.00 | $10.00 |
| EX | Exhibit scanning/linking/archiving | 2 | $1.00 | $2.00 |

eggy Boquist
tler Hill Road
egon 97338





Peggy Boquist
17080 Butler Hill Road
Dallas, OR 97338

8279

34-827/1251
1097

Dec. 16, 2022

Pay to the order of    Carr Court Reporting    $ 106.60

One hundred six and 60/100    Dollars

Columbia Bank    Salem    877.272.3678    columbiabank.com

For L. Beyer #11192

Peggy L. Boquist

**COURT REPORTING**

4804 NW Bethany Blvd. • Suite I-2220 • Portland, Oregon 97229 • (503) 227-2277

# Invoice

Number: **11185**
Date: **12/6/2022**

**Attorney**
Brian J. Boquist
Brian J. Boquist
17070 Butler Hill Road
Dallas, OR, 97338

**Agency**
Carr Court Reporting
EIN No. 27-3777234

| Reporter | County/Case No. | Caption | | |
|---|---|---|---|---|
| Iverson | USDC/EUG/6:19-cv-01163-MC | BOQUIST v COURTNEY, et al. | | |

| Item | Description | Hrs/Pgs | Price Each | Amount |
|---|---|---|---|---|
| | Deposition of: SENATOR SARA GELSER BLOUIN, taken Monday, October 31, 2022, at the Department of Justice, in Salem, Oregon. | | | |
| AF | Appearance fee | 4.00 | $80.00 | $320.00 |
| OT | Original transcript | 124 | $4.30 | $533.20 |
| ET | Electronic transcript | 1 | $10.00 | $10.00 |
| EX | Exhibit scanning/linking/archiving | 6 | $1.00 | $6.00 |



Peggy Boquist
17080 Butler Hill Road
Dallas, OR 97338

Dec. 8, 2022

8277
34-827/1251
1097

Pay to the order of Carr Court Reporting    $ 869.20

Eight hundred sixty nine 20/100    Dollars

Columbia Bank    Salem
877.272.3678
columbiabank.com

For sara Gelser    Peggy L Boquist

Total    $869.20

11/3/22, 8:12 AM

Case 6:19-cv-01163-MC    Document 88-2    Filed 07/31/23    Page 20 of 33
Re: Invoice from Discovery Media Productions, Inc. (202210-062)

From: vance.day@teamvanceday.org,
To: boquist@aol.com,
Cc: beth@monloyahisellaw.com,
Subject: Re: Invoice from Discovery Media Productions, Inc. (202210-062)
Date: Wed, Nov 2, 2022 8:54 pm

keep all your expenses and we will seek payment when and if we win

On Wed, Nov 2, 2022 at 6:09 PM <boquist@aol.com> wrote:

Sent from my iPad

Begin forwarded message:

> From: "Discovery Media Productions, Inc." <info@discoverymp.com>
> Date: November 2, 2022 at 4:53:30 PM PDT
> To: BOQUIST@aol.com
> Subject: Invoice from Discovery Media Productions, Inc. (202210-062)

And here is the link for the video deposition of Sara Gelser Blouin taken on 10/31/22:

https://discoverymedia.sharefile.com/d-s979acb305eb946c9b96e73704bc2daa0



Discovery Media Productions, Inc.

Invoice   Due: 11/02/2022
202210-062

Amount Due: $548.75

Dear Brian Boquist:

Your invoice #202210-062 for $548.75 is attached. Please remit payment at your earliest
convenience.

Thank you for your business - we appreciate it very much.

Sincerely,

Devin Williams | Chief Executive Officer
Discovery Media Productions, Inc.
(503) 892-1998
www.discoverymp.com

remit to: PO Box 19881 | Portland, OR 97280
office: 10725 SW Barbur Blvd, Suite 102 | Portland, OR 97219

From: dpearce.at.ap@gmail.com,
To: boquist@aol.com,
Subject: Invoice 26031 from Aufdermauer Pearce Court Reporting
Date: Wed, Nov 16, 2022 9:40 am
Attachments: Inv_26031_from_Aufdermauer_Pearce_Court_Reporting_10276.pdf (136K)

Aufdermauer Pearce Court Reporting

**Invoice** Due: 12/15/2022
*26031*                          Amount Due: $1,517.75

Hi, Brian,

Attached is the invoice for the depositions taken on 11/4/2022 taken in the Boquist vs.
Oregon State Senate President Peter Courtney, et al. case.
This should give you a link to pay the invoice using a credit card.

Thank you,

David Pearce
Aufdermauer Pearce Court Reporting
971-221-7344
www.apcourtreporting.com

                    View & Pay Invoice





eggy Boquist
ler Hill Road
egon 97338

Aufdermauer Pearce Court Reporting
101 SW Main Street, Suite 1940
Portland, OR 97204

From: info@discoverymp.com,
To: boquist@aol.com,
Subject: Invoice from Discovery Media Productions, Inc. (202211-020)
Date: Thu, Nov 10, 2022 3:16 pm
Attachments: Inv_202211020_from_Discovery_Media_Productions_Inc._9916.pdf (308K),

Mr. Boquist:

Here are the video links for these two depositions:

11/4/22  Peter Courtney (Discovery)
https://discoverymedia.sharefile.com/d-s69ac168c9ec840028fe2f22ded543d99

11/4/22  Peter Courtney (Perpetuation)
https://discoverymedia.sharefile.com/d-s923338990ed449119d5ed1b4cec84ac2

Discovery Media Productions, Inc.

**Invoice** _ Due:11/10/2022
202211-020

Amount Due: **$931.25**

Dear Brian Boquist:

Your Invoice #202211-020 for $931.25 is atta
convenience.

Thank you for your business - we appreciate

Sincerely,

Devin Williams | Chief Executive Officer
Discovery Media Productions, Inc.
(503) 892-1998
www.discoverymp.com

remit to: PO Box 19881 | Portland, OR 97280
office: 10725 SW Barbur Blvd, Suite 102 | Por







quist
Hill Road
gon 97338

Discovery Media
Post Office Box 19881
Portland, OR 97280



**COURT REPORTING**

4804 NW Bethany Blvd. • Suite I-2220 • Portland, Oregon 97229 • (503) 227-2277

# Invoice

Number: **11158**
Date: **11/16/2022**

**Attorney**
Brian J. Boquist
Brian J. Boquist
17070 Butler Hill Road
Dallas, OR, 97338

**Agency**
Carr Court Reporting
EIN No. 27-3777234

| Reporter | County/Case No. | Caption |
|----------|-----------------|---------|
| Cuffe | USDC/EUG/6:19-cv-01163-MC | BOQUIST v COURTNEY, et al. |

| Item | Description | Hrs/Pgs | Price Each | Amount |
|------|-------------|---------|------------|--------|
| | Depositions of: SHEMIA FAGAN and JESSICA KNIELING, taken on Friday, October 28, 2022, commencing at 9:00 a.m., at the Department of Justice, in Salem, Oregon. | | | |
| AF | Appearance fee | 8.00 | $80.00 | $640.00 |
| OT | Original transcripts | 223.00 | $4.30 | $958.90 |
| ET | Electronic transcripts | 2.00 | $10.00 | $20.00 |
| EX | Exhibit scanning/linking/archiving | 25.00 | $1.00 | $25.00 |
| EX | Additional scanning fee for Exhibit 12 - it had to be scanned at FEdEx/Kinkos | 1.00 | $43.61 | $43.61 |

Total    $1,687.51





**DISCOVERY**
MEDIA PRODUCTIONS
PO Box 19881 I Portland, OR 97280
(503) 892-1998
info@discoverymp.com I www.discoverymp.com

# Invoice

EIN: 26-3268453

| Bill To |
| --- |
| Brian J. Boquist |
| 17070 Butler Hill Road |
| Dallas, OR 97338 |

| | |
| --- | --- |
| Invoice # | 202210-058 |
| Date | 11/1/2022 |
| **Balance Due** | **$525.00** |
| Terms | Due on receipt |
| Due | 11/1/2022 |

Project / Reference:    **Boquist v. Courtney**

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
| --- | --- | --- | --- |
| Brian J. Boquist | | | |
| v. | | | |
| Oregon State Senate President Peter Courtney, et al. | | | |
| | | | |
| 10/28/22 deposition video recording of: | | | |
|   Shemia Fagan | | | |
| | | | |
| Deposition hours [9:00 - 1:00] | 4 | 95.00 | 380.00 |
| Travel/mileage to/from Salem, OR | 1 | 95.00 | 95.00 |
| MP4 file / archiving | 1 | 50.00 | 50.00 |

| | **Total** | **$525.00** |
| --- | --- | --- |
| | Payments/Credits | $0.00 |
| | **Balance Due** | **$525.00** |

A late charge of 18% annually (1.5% monthly) will be charged if the total payment is not received within 30 days of the due date.

# DISCOVERY
## MEDIA PRODUCTIONS

PO Box 19881 | Portland, OR 97280
(503) 892-1998
info@discoverymp.com | www.discoverymp.com

# Statement

| Date |
|------|
| 1/10/2023 |

To:

Brian J. Boquist
17070 Butler Hill Road
Dallas, OR 97338

| | Amount Due | Amount Enc. |
|---|---|---|
| | $1,011.25 | |

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| 11/01/2022 | INV #202210-058. Orig. Amount $525.00. 10/28/22 Shemia Fagan | 525.00 | 525.00 |
| 12/06/2022 | INV #202211-068. Orig. Amount $486.25. 11/30/22 Brenda Baumgart | 486.25 | 1,011.25 |

Peggy Boquist
17080 Butler Hill Road
Dallas, OR 97338

8283
34-827/1251
1097

Jan. 11, 2023 Date

Pay to the order of Discovery Media Productions $ 1,011.25

One thousand eleven and 25/100 Dollars

ColumbiaBank    Salem
877.272.3678
columbiabank.com

For Deposition video

Brian L Boquist

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|--------------------|--------------------|--------------------|--------------------|-----------|
| 0.00 | 0.00 | 486.25 | 525.00 | 0.00 | $1,011.25 |

From: dpearce.at.ap@gmail.com,
To: boquist@aol.com,
Subject: Invoice 26061 from Aufdermauer Pearce Court Reporting
Date: Wed, Nov 23, 2022 1:50 pm
Attachments: inv_26061_from_Aufdermauer_Pearce_Court_Reporting_7684.pdf (135K)

Aufdermauer Pearce Court Reporting

**Invoice**  Dec 15-23 2022
*26061*                              Amount Due: $318.50

Hi, Brian,

Attached is the invoice for the Laurie Monnes-Anderson deposition.

Thank you,

David Pearce
Aufdermauer Pearce Court Reporting
971-221-7344
www.apcourtreporting.com

View & Pay Invoice





**COURT REPORTING**

4804 NW Bethany Blvd. • Suite I-2220 • Portland, Oregon 97229 • (503) 227-2277

# Invoice

Number: **11162**
Date: **11/23/2022**

**Attorney**
Brian J. Boquist
Brian J. Boquist
17070 Butler Hill Road
Dallas, OR, 97338

**Agency**
Carr Court Reporting
EIN No. 27-3777234

| Reporter | County/Case No. | Caption |
|---|---|---|
| Iverson/Cuffe | USDC/EUG/6:19-cv-01163-MC | BOQUIST v COURTNEY, et al. |

| Item | Description | Hrs/Pgs | Price Each | Amount |
|---|---|---|---|---|
| | Depositions of: LORI BROCKER, VOL. I, and VIRGINIA BURDICK, taken on October 26, 2022, at the Department of Justice, in Portland, Oregon, and LORI BROCKER, VOL. II, taken on November 15, 2022, at the Department of Justice, in Salem, Oregon. | | | |
| AF | Appearance fee - Oct. 26. Brocker - 2 hour minimum, Burdick - 2 hour minimum. | 4 | $80.00 | $320.00 |
| AF | Appearance fee - Nov. 15 | 2.5 | $80.00 | $200.00 |
| OT | Original transcripts | 173 | $4.30 | $743.90 |
| ET | Electronic transcripts | 3 | $10.00 | $30.00 |
| EX | Exhibit scanning/linking/archiving | 22 | $1.00 | $22.00 |

Total    $1,315.90



**Zaro Court Reporting, LLC.**
2800 N Lombard St. #713
Portland, OR 97217 US
+1 5037036259
zarorealtime@gmail.com
www.zarocourtreporting.com

# Invoice



**ZARO**
COURT REPORTING

BILL TO:
Vance Day
Attorney at Law
21201 Bridge Creek Road SE
Silverton, OR 97381

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 17-4703 | 12/14/2022 | $632.15 | 12/29/2022 | Net 15 | |

| ITEM | DESCRIPTION | AMOUNT |
|---|---|---|
| | Boquist v. Courtney, et al. U.S. District Court of Oregon Case No. 6:19-cv-01163-MC | |
| Copy | Transcript + Word Indexing of Brian Boquist 11/09/22 | 613.25 |
| Exhibit Scans | 201-237 | 18.90 |

Thank you for your business. Our Tax I.D. is: 82-1581014          **BALANCE DUE**          **$632.15**

PLEASE NOTE: we cannot accept credit or debit card payments.







**COURT REPORTING**

4804 NW Bethany Blvd. • Suite I-2220 • Portland, Oregon 97229 • (503) 227-2277

# Invoice

Number: **11205**
Date: **12/21/2022**

**Attorney**
Brian J. Boquist
Brian J. Boquist
17070 Butler Hill Road
Dallas, OR, 97338

**Agency**
Carr Court Reporting
EIN No. 27-3777234

| Reporter | County/Case No. | Caption |
|---|---|---|
| Iverson | USDC/EUG/6:19-cv-01163-MC | BOQUIST v COURTNEY, et al. |

| Item | Description | Hrs/Pgs | Price Each | Amount |
|---|---|---|---|---|
| | Deposition of: BRENDA K. BAUMGART, taken on Wednesday, November 30, 2022, commencing at 1:00 p.m., at the Law Offices of Stoel Rives, LLP, in Portland, Oregon. | | | |
| AF | Appearance fee | 4.25 | $80.00 | $340.00 |
| OT | Original transcript | 142 | $4.30 | $610.60 |
| ET | Electronic transcript | 1.00 | $10.00 | $10.00 |
| EX | Exhibit scanning/linking/archiving | 8 | $1.00 | $8.00 |

Peggy Boquist
17080 Butler Hill Road
Dallas, OR 97338

8280

December 22, 2022

Pay to the order of Carr Reporting    $ 968.60

one hundred sixty eight 60/100 — Dollars

Columbia Bank    Salem
877.272.3678
columbiabank.com

B. Baumgart

Total    $968.60

JONES DECL. EXHIBIT 2
Page 29 of 33



**DISCOVERY**

MEDIA PRODUCTIONS
PO Box 19881 | Portland, OR 97280
(503) 892-1998
info@discoverymp.com | www.discoverymp.com

# Invoice

EIN: 26-3268453

| Bill To |
| --- |
| Brian J. Boquist |
| 17070 Butler Hill Road |
| Dallas, OR 97338 |

| Invoice # | 202211-068 |
| --- | --- |
| Date | 12/6/2022 |
| **Balance Due** | **$486.25** |
| Terms | Due on receipt |
| Due | 12/6/2022 |

Project / Reference:    **Boquist v. Courtney**

| DESCRIPTION | QUANTITY | RATE | AMOUNT |
| --- | --- | --- | --- |
| Brian J. Boquist | | | |
| v. | | | |
| Oregon State Senate President Peter Courtney, et al. | | | |
| | | | |
| 11/30/22 deposition audio recording of: | | | |
|   Brenda Baumgart | | | |
| | | | |
| Deposition hours [12:00 - 4:45] | 4.75 | 95.00 | 451.25 |
| MP3 file / archiving | 1 | 35.00 | 35.00 |

| | Total | $486.25 |
| --- | --- | --- |
| | Payments/Credits | $0.00 |
| | **Balance Due** | **$486.25** |

A late charge of 18% annually (1.5% monthly) will be charged if the total payment is not received within 30 days of the due date.



# DISCOVERY
## MEDIA PRODUCTIONS

PO Box 19881 | Portland, OR 97280
(503) 892-1998
info@discoverymp.com | www.discoverymp.com

# Statement

| Date |
|------|
| 1/10/2023 |

To:

Brian J. Boquist
17070 Butler Hill Road
Dallas, OR 97338

| Amount Due | Amount Enc. |
|------------|-------------|
| $1,011.25 | |

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| 11/01/2022 | INV #202210-058. Orig. Amount $525.00. 10/28/22 Shemia Fagan | 525.00 | 525.00 |
| 12/06/2022 | INV #202211-068. Orig. Amount $486.25. 11/30/22 Brenda Baumgart | 486.25 | 1,011.25 |



| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|--------------------|--------------------|--------------------|----------------------|------------|
| 0.00 | 0.00 | 486.25 | 525.00 | 0.00 | $1,011.25 |



Aufdermauer Pearce Court Reporting
Portland, OR 97207-8484
P.O. Box 8484

# Invoice

| Invoice No. | Date | Case Number |
|---|---|---|
| 26500 | 2/24/2023 | 6:19-cv-01163-MC |

| Job Date | Reporter |
|---|---|
| 2/15/2023 | TAP |

| Case Name |
|---|
| Boquist v. OR State Senate |

| Terms |
|---|
| Net 30 |

Bill To:   Brian Boquist
17080 Butler Hill Road
Dallas Oregon 97338

Phone:  971-221-7344

Tax ID No. :  20-4918657

A finance charge of 1-1/2% per month will be added to past due accounts.

|  | Amount |
|---|---|
| Case Name: Brian J. Boquist vs. Oregon State Senate President Peter Courtney, et al. |  |
|  |  |
| In-Person Appearance Fee for Reporter - Brenda Baumgart    Appearance Fee | 160.00 |
| 3-Day Expedited Original Transcript - Brenda Baumgart    54 pages | 413.10 |
| Copies of Exhibits in Pdf Format - 9 to 24    150 pages | 45.00 |



We appreciate your business!

| Total | $618.10 |
|---|---|

Remit to:
   Aufdermauer Pearce Court Reporting, Inc.
   P.O. Box 8484
   Portland, Oregon 97207-8484

Visa, MasterCard, and
Discovery Card now accepted

| Web Site |
|---|
| www.apcourtreporting.com |

**Carr**

## *COURT REPORTING*

4804 NW Bethany Blvd. • Suite I-2220 • Portland, Oregon 97229 • (503) 227-2277

# Invoice

| | |
|---|---|
| Number: | **11216** |
| Date: | **1/2/2023** |

**Attorney**
Brian J. Boquist
Brian J. Boquist
17070 Butler Hill Road
Dallas, OR, 97338

**Agency**
Carr Court Reporting
EIN No. 27-3777234

| Reporter | County/Case No. | Caption |
|---|---|---|
| Iverson | USDC/EUG/6:19-cv-01163-MC | BOQUIST v COURTNEY, et al. |

| Item | Description | Hrs/Pgs | Price Each | Amount |
|---|---|---|---|---|
| | Deposition of: TINA KOTEK, taken on Thursday, December 8, 2022, commencing at 3:00 p.m., at the Department of Justice, in Portland, Oregon. | | | |
| AF | Appearance fee - minimum | 2.00 | $80.00 | $160.00 |
| OT | Original transcript | 51.00 | $4.30 | $219.30 |
| ET | Electronic transcript | 1.00 | $10.00 | $10.00 |
| EX | Exhibit scanning/linking/archiving | 19.00 | $1.00 | $19.00 |



Peggy Boquist
17080 Butler Hill Road
Dallas, OR 97338

8282
34-827/1251
1097

gan. 2, 2023 Date

Pay to the order of Carr Court Reporting    $ 408.30

four hundred eight 30/100 — Dollars

Columbia Bank    Salem 877.272.3678    columbiabank.com

For #11216 KOTEK    Peggy L Boquist

| | |
|---|---|
| Total | $408.30 |