24 JULY 19
$ 349.45

CC REPORTING & VIDEOCONFERENCING
101 East Broadway, Suite 300
Eugene, OR 97401
541-485-0111
www.ccreporting.com

# INVOICE

1270 Chemeketa Street NE
Salem , OR 97301

Invoice Number: **110768**
Invoice Date: 07/24/2019
Job Number: 107688

In Re: Senate Special Committee on Conduct ⟵
Witness(s): July 8, 2019
Attendance Date: 07/10/2019, 8:00 a.m.

| Qty | Description | Rate | Ext |
|---|---|---|---|
| 66 | Transcription | 5.20 | 343.20 |
| 0.25 | Transcription Sitting Fee hourly after first hour | 25.00 | 6.25 |

Part 1

Invoice Total: 349.45

We Appreciate Your Business -- Thank You

Now you can make your payment ONLINE at ccreporting.com/pay-online

INVOICE DUE WITHIN 21 DAYS.
9.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.
Tax ID: 20-1264600

Please detach bottom portion and return with payment

THIS CHECK IS DELIVERED IN CONNECTION WITH THE FOLLOWING ACCOUNT(S)

TOTALS OF INVOICES
LESS ___% DISCOUNT
LESS
TOTAL DEDUCTIONS
AMOUNT OF CHECK

**BOQUIST LEADERSHIP FUND #4893**
17080 BUTLER HILL RD
DALLAS OR 97338
503-623-4426

2076
96-7427/3232
BRCH46

DATE 24 JUL 19

PAY TO THE ORDER OF CC REPORTING $349 45/100

three hundred forty nine 45/100 DOLLARS

Oregon State Credit Union

FOR Transcription

27 AUG 19
$275.20

CC REPORTING & VIDEOCONFERENCING
101 East Broadway, Suite 300
Eugene, OR 97401
541-485-0111
www.ccreporting.com

# INVOICE

[REDACTED]
1270 Chemeketa Street NE
Salem , OR 97301

**Invoice Number:** 110994
Invoice Date: 08/25/2019
Job Number: 107789

In Re: Senate Special Committee on Conduct ←
Witness(s): July 8, 2019
Attendance Date: 08/01/2019, 8:00 a.m.

| Qty | Description | Rate | Ext |
|---|---|---|---|
| 51 | Transcription<br>Senate Hearing CD | 5.20 | 265.20 |
| 1 | Delivery & Handling<br>DVDs | 10.00 | 10.00 |

Part 2

Invoice Total: 275.20

We Appreciate Your Business -- Thank You

Now you can make your payment ONLINE at ccreporting.com/pay-online

INVOICE DUE WITHIN 21 DAYS.
9.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.
Tax ID: 20-1264600

THIS CHECK IS DELIVERED IN CONNECTION WITH THE FOLLOWING ACCOUNT(S)

TOTALS OF INVOICES
LESS ___% DISCOUNT
LESS
TOTAL DEDUCTIONS
AMOUNT OF CHECK

**BOQUIST LEADERSHIP FUND #4893**
17080 BUTLER HILL RD
DALLAS OR 97338
503-623-4426

2077
96-7427/3232
BRCH46

DATE 27 AUG 19

PAY TO THE ORDER OF CC REPORTING $ 275 20/100

two hundred seventy five 20/100 DOLLARS

Oregon State Credit Union

FOR

[signature]

[REDACTED]

22 OCT 19
$159.00

CC REPORTING & VIDEOCONFERENCING
101 East Broadway, Suite 300
Eugene, OR 97401
541-485-0111
www.ccreporting.com

# INVOICE

BOQUIST
ATTN: Brian J. Boquist

**Invoice Number:** 111438
Invoice Date: 10/21/2019
Job Number: 108139

In Re: 2018 Public Records and Open Meetings
Attendance Date: 10/11/2019, 8:00 a.m.

| Qty | Description | Rate | Ext |
|---|---|---|---|
| 30 | Transcription | 5.30 | 159.00 |
| | | Invoice Total: | 159.00 |

Dexter Johnson Leg Counsel
Brief - transcribed for court

We Appreciate Your Business -- Thank You

Now you can make your payment ONLINE at ccreporting.com/pay-online

INVOICE DUE WITHIN 21 DAYS.
9.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.
Tax ID: 20-1264600

*Please detach bottom portion and return with payment*

THIS CHECK IS DELIVERED IN CONNECTION WITH THE FOLLOWING ACCOUNT(S)

TOTALS OF INVOICES
LESS ___% DISCOUNT
LESS
TOTAL DEDUCTIONS
AMOUNT OF CHECK

BOQUIST LEADERSHIP FUND #4893
17080 BUTLER HILL RD
DALLAS OR 97338
503-623-4426

2081
96-7427/3232
BRCH46

DATE 22 OCT 19

PAY TO THE ORDER OF CC Reporting $159 no/100

one hundred fifty nine no/100 DOLLARS

Oregon State Credit Union

FOR

[signature]

16 DEC 19
$1600 –

**Sen Boquist**

**From:** Rcurl3 <rcurl3@aol.com>
**Sent:** Monday, December 16, 2019 2:39 PM
**To:** Sen Boquist
**Subject:** Boquist v. Courtney/State of Oregon, 19CV29374

I am a certified court transcriber for the State of Oregon. I have been assigned the request for transcripts in the above case.

This email is to inform you the price of the transcripts will be $1,600. Please forward advance payment to me at the address below if you would still be requesting the transcripts. Upon receipt of your payment, I will begin their preparation and forward them to you upon completion.

Thank you.

ROBIN CURL TRANSCRIPTION SERVICES
P.O. BOX 5966
SALEM, OR 97304
(503)585-7252

Poor quality.

BOQUIST LEADERSHIP FUND #4893
17080 BUTLER HILL RD
DALLAS OR 97338
503-623-4426

2083
96-7427/3232
BRCH46

DATE 16 DEC 19

PAY TO THE ORDER OF Curl Transcription Srv $ 1600 no/100

sixteen hundred no/100 DOLLARS

THIS CHECK IS DELIVERED IN CONNECTION WITH THE FOLLOWING ACCOUNT(S)
TOTALS OF INVOICES
LESS ___% DISCOUNT
LESS
TOTAL DEDUCTIONS
AMOUNT OF CHECK

Oregon State Credit Union

FOR 19CV293 ... transcri...

Transcript used in fed appeal packet - original filing.



7 may 20 #2468

CC REPORTING & VIDEOCONFERENCING
101 East Broadway, Suite 300
Eugene, OR 97401
541-485-0111
www.ccreporting.com

# INVOICE

BOQUIST
ATTN: Brian J. Boquist

**Invoice Number:** 112560
Invoice Date: 04/06/2020
Job Number: 108734

In Re: Boquist v Courtney, State of Oregon
Witness(s): Proceedings 12/11/2019 and 12/13/2019
Attendance Date: 02/14/2020, 8:00 a.m.

| Qty | Description | Rate | Ext |
|---|---|---|---|
| 6.5 | Transcription Sitting Fee hourly after first hour | 25.00 | 162.50 |
| 390 | Transcription Dec 11 and 13, 2019 | 5.30 | 2067.00 |
| | Invoice Total: | | 2229.50 |

Transcribed to use in federal case filling.

CC REPORTING & VIDEOCONFERENCING
101 East Broadway, Suite 300
Eugene, OR 97401
541-485-0111
www.ccreporting.com

# INVOICE

BOQUIST
ATTN: Brian J. Boquist

**Invoice Number:** 112546
Invoice Date: 04/06/2020
Job Number: 108878

In Re: Boquist v Courtney, State of Oregon
Witness(s): Proceedings 9/5/2019 and 10/24/2019
Attendance Date: 03/17/2020, 8:00 a.m.

| Qty | Description | Rate | Ext |
|---|---|---|---|
| 34 | Transcription September 5, 2019 hearing | 5.30 | 180.20 |
| 11 | Transcription October 24, 2019 hearing | 5.30 | 58.30 |
| | Invoice Total: | | 238.50 |

We Appreciate Your Business -- Thank You

Now you can make your payment ONLINE at ccreporting.com/pay-online

THIS CHECK IS DELIVERED IN CONNECTION WITH THE FOLLOWING ACCOUNT(S)

TOTALS OF INVOICES
LESS ___% DISCOUNT
LESS
TOTAL DEDUCTIONS
AMOUNT OF CHECK

**BOQUIST LEADERSHIP FUND #4893**
17080 BUTLER HILL RD
DALLAS OR 97338
503-623-4426

2093

96-7427/3232
BRCH46

DATE 7 Apr 20

PAY TO THE ORDER OF CC Reporting & Video $2468 no/100

twenty four hundred sixty eight no/100 DOLLARS

Photo Safe Deposit®

Oregon State Credit Union

FOR 112560 - 112546