IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| BRIAN J. BOQUIST, | Civ. No. 6:19-cv-01163-MC |
| Plaintiff, | JUDGMENT |
| v. | |
| OREGON STATE SENATE PRESIDENT PETER COURTNEY, in his individual and official capacity; SENATOR FLOYD PROZANSKI in his Individual and official capacity as Chairman of the Senate Special Committee on Conduct; SENATOR JAMES MANNING, in his individual and Official capacity as member of the Special Senate Conduct Committee, | |
| Defendants. | |

MCSHANE, Judge:

    Based on the Ninth Circuit's August 21, 2024 Memorandum, Judgment for the Senate Defendants on Plaintiff's damages claim. Plaintiff's claim for declaratory relief is DISMISSED.

IT IS SO ORDERED.

    DATED this 20th day of November 2024.

    /s/ Michael J. McShane
    Michael McShane
    United States District Judge